UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.
and, JOHN HARONIAN,

    *Plaintiffs,*

v.

EDDIE J. JENKINS, in his capacity as
Chairman of the Alcoholic Beverages
Control Commission, SUZANNE IANNELLA
and ROBERT CRONIN, in their capacities as
Commissioners of the Alcoholic Beverages
Control Commission,

    *Defendants.*

Civil Action No. 04-cv-12219-PBS

## NOTICE of AMENDMENT to COMPLAINT
## as of COURSE PURSUANT to FED.R.CIV.P. 15(a)

Pursuant to Fed.R.Civ.P. 15(a), which allows a party to amend its pleading once as a matter of course any time before for the service of responsive pleadings, the Plaintiffs hereby gives notice that it amends its Complaint by filing the accompanying *First Amended Complaint* in order to correct a misnomer of the corporate name of the first plaintiff.

Dated: October 29, 2004

Respectfully submitted,

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC. and,
JOHN HARONIAN,

By their Attorneys,

   /s/  Michael Williams

Evan T. Lawson         (BBO# 289280)
Robert J. Roughsedge   (BBO# 638180)
Michael Williams       (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
(617) 439-4990