# UNITED STATES DISTRICT COURT

District of Massachusetts

People's Liquor Mart, Inc., et al

V.

Eddie J. Jenkins, in his capacity
as Chairman of the ABCC, et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04 12219 PBS

TO: (Name and address of Defendant)

Suzanne Iannella, in her capacity as Commissioner of the Alcoholic Beverages Control Commissio

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

2 2 2004

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 10/27/04 |
| NAME OF SERVER (PRINT) Andrew Billig | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Served by mail with agreement of the defendants

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/27/04__
                Date                        Signature of Server

_85 Black Falcon Ave Boston, MA 02210_
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.