AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

People's Liquor Mart, Inc. et al

V.

Eddie J. Jenkins, in his capacity
as chairman of the ABCC, et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04 12219 PBS

TO: (Name and address of Defendant)

Robert Cronin, in his capacity as commissioner of the Alcoholic Beverages Control Commission

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ___30___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/27/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Andrew Billig | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Served by mail with agreement of the defendants

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/27/04
Date

_____
Signature of Server

_55 Black Falcon Ave  Boston MA 0221⊙_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.