UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEOPLES SUPER LIQUOR STORES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDDIE J. JENKINS, in his capacity as Chairman of the Alcoholic Beverages Control Commission, et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 04-12219 - PBS |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Pierce O. Cray, Assistant Attorney General, as counsel for the defendants in the above-captioned action.

By their attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Pierce O. Cray
Pierce O. Cray, BBO # 104630
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2084

Dated: November 17, 2004

CERTIFICATE OF SERVICE

I hereby certify a true copy of the above document was served upon the attorney of record by mail (by hand)
on 11/17/04.

/s/ Pierce O. Cray