UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEOPLES SUPER LIQUOR STORES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EDDIE J. JENKINS, in his capacity as Chairman ) <br> of the Alcoholic Beverages Control Commission, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 04-12219 - PBS |

## DEFENDANTS' ASSENTED-TO MOTION
## FOR FURTHER ONE-WEEK ENLARGEMENT OF TIME
## TO RESPOND TO FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and 12(b)(1), and with the assent of the plaintiffs, the defendants move to enlarge the time in which they are to serve their Rule 12 response to the First Amended Complaint for one additional week through and including Friday, December 17, 2004. As grounds for their motion, the defendants assert:

1. The plaintiffs challenge the legality of a duly enacted state statute, Mass. G. L. c. 138, § 15, on six separate constitutional grounds. First Amended Complaint ¶¶ 17-30. The plaintiffs' claims raise numerous and at times highly complex legal issues that are requiring a quite substantial amount of legal research to assess and to prepare to defend against.

2. Counsel for the plaintiffs has assented to the requested enlargement of time.

For the foregoing reasons, the defendants respectfully request that the Court allow Defendants' Assented-to Motion for Further One-Week Enlargement of Time to Respond to First Amended Complaint.

By their attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

Pierce O. Cray, BBO # 104630
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2084

Dated: December 9, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to United States District Court Local Rule 7.1 (A)(2), counsel for the defendants certifies that he has conferred with conferred with counsel for the plaintiffs and that counsel for the plaintiffs assents to this Motion.

Pierce O. Cray
Assistant Attorney General

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 12/9/04.

-2-