UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.
and, JOHN HARONIAN,

    *Plaintiffs,*

v.

EDDIE J. JENKINS, in his capacity as
Chairman of the Alcoholic Beverages
Control Commission, SUZANNE IANNELLA
and ROBERT CRONIN, in their capacities as
Commissioners of the Alcoholic Beverages
Control Commission,

    *Defendants.*

Civil Action No. 04-cv-12219-PBS

**ASSENTED-TO MOTION for ENLARGEMENT of the TIME for the FILING of PLAINTIFFS' OPPOSITION to DEFENDANTS' MOTION to DISMISS**

    Plaintiffs move this Court for an enlargement of the period for the filing of an opposition to the Defendants' motion to dismiss to February 2, 2005. As grounds for this motion, the Plaintiffs state that all three of their attorneys are scheduled for trials during the first two weeks of January 2004. *Aucone v. Essex County OB/GYN Assoc.*, Essex Superior Court 2000-01727-D and *Arsenault v. Espinosa*, Barnstable Superior Court 2001-00270. Additionally, this case raised numerous constitutional questions and includes claims based on freedom of speech, freedom of assembly, takings, Equal Protection, the Commerce Clause and ERISA. The Defendants have moved to dismiss on each of these claims. Additional time is required to address these varied issues. The Plaintiffs twice assented to enlargements of the period for the Defendants to prepare and file their motion to dismiss.

Dated: December 28, 2004

Respectfully submitted,

PEOPLES SUPER LIQUOR STORES, INC., WINE & SPIRITS RETAILERS, INC. and, JOHN HARONIAN,

By their Attorneys,

   /s/ Michael Williams
Evan T. Lawson          (BBO# 289280)
Robert J. Roughsedge   (BBO# 638180)
Michael Williams        (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987

**LOCAL RULE 7.1 CERTIFICATION**

I, Michael Williams, hereby certify that, pursuant to LOCAL RULE 7.1(A)(2), I conferred with counsel for the defendants, Pierce Cray, on December 28, 2004. Mr. Cray assented to this motion.

Dated: December 28, 2004    /s/ Michael Williams