UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEOPLES SUPER LIQUOR STORES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDDIE J. JENKINS, in his capacity as Chairman of the Alcoholic Beverages Control Commission, et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 04-12219 - PBS |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), the defendants move to dismiss the above-captioned action for failure to state a claim upon which relief can be granted and (for one claim) lack of standing. As grounds for their Motion, the defendants assert:

1. The plaintiffs challenge the facial validity of a duly enacted state statute, Mass. G.L. c. 138, § 15, on various constitutional grounds. The standard for facial challenges is a stringent one, and the plaintiffs fail to state a claim under it.

2. In addition, the plaintiffs lack standing to make the dormant Commerce Clause claim asserted at ¶¶ 23-24 and 26 of the First Amended Complaint, because their pleading is devoid of any allegations of injury from the portion of Mass. G.L. c. 138, § 15 addressed in those paragraphs.

For further elaboration upon these grounds, the defendants respectfully refer the Court to the accompanying Defendants' Memorandum in Support of Motion to Dismiss.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the defendants respectfully request the opportunity to be heard in oral argument in support of their Motion to Dismiss.

By their attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

Pierce O. Cray, BBO # 104630
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2084

Dated: December 17, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to United States District Court Local Rule 7.1 (A)(2), counsel for the defendants certifies that he has conferred with counsel for plaintiffs and attempted in good faith to resolve or narrow the issues raised in this Motion.

Pierce O. Cray
Assistant Attorney General

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 12/17/04.

-2-