UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.
and, JOHN HARONIAN,

    *Plaintiffs,*

v.

EDDIE J. JENKINS, in his capacity as
Chairman of the Alcoholic Beverages
Control Commission, SUZANNE IANNELLA
and ROBERT CRONIN, in their capacities as
Commissioners of the Alcoholic Beverages
Control Commission,

    *Defendants.*

Civil Action No. 04-cv-12219-PBS

**ASSENTED-TO MOTION for ENLARGEMENT of the TIME for the FILING of PLAINTIFFS' OPPOSITION to DEFENDANTS' MOTION to DISMISS**

    Plaintiffs move this Court for an enlargement of the period for the filing of an opposition to the Defendants' motion to dismiss to March 11, 2005. As grounds for this motion, the Plaintiffs state that this case raised numerous constitutional questions and includes claims based on freedom of speech, freedom of assembly, takings, Equal Protection, the Commerce Clause and ERISA. The Defendants have moved to dismiss on each of these claims. Additional time is required to address these varied issues. The Plaintiffs twice assented to enlargements of the period for the Defendants to prepare and file their motion to dismiss.

Dated: January 31, 2005

                                            Respectfully submitted,

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.
and, JOHN HARONIAN,

By their Attorneys,

   /s/  Michael Williams
Evan T. Lawson        (BBO# 289280)
Robert J. Roughsedge  (BBO# 638180)
Michael Williams      (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987

**Assented to:**

EDDIE J. JENKINS, in his capacity as
Chairman of the Alcoholic Beverages
Control Commission, SUZANNE IANNELLA
and ROBERT CRONIN, in their capacities as
Commissioners of the Alcoholic Beverages
Control Commission,

By their Attorneys,

ATTORNEY GENERAL
THOMAS F. REILLY

   /s/ Pierce Cry
Pierce Cray  (BBO # 104630)
Assistant Attorney General
Government Bureau
1 Ashburton Place
Boston, MA 02108-1698