UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.
and, JOHN HARONIAN,

    *Plaintiffs,*

v.

EDDIE J. JENKINS, in his capacity as
Chairman of the Alcoholic Beverages
Control Commission, SUZANNE IANNELLA
and ROBERT CRONIN, in their capacities as
Commissioners of the Alcoholic Beverages
Control Commission,

    *Defendants.*

Civil Action No. 04-cv-12219-PBS

**MOTION for LEAVE to FILE BRIEF IN EXCESS of 20 PAGES**

The Plaintiffs move this Court for leave to file the attached *(Proposed) Opposition to Defendants' Motion to Dismiss* in excess of 20 pages. As grounds for this motion, the Plaintiffs state that this case raised numerous constitutional questions and includes claims based on freedom of speech, freedom of assembly, takings, Equal Protection, the Commerce Clause and ERISA. The Defendants have moved to dismiss on each of these claims. Additional space is required to address these varied issues.

Accordingly, plaintiffs request to file their memorandum in opposition in excess of the limit set by LOCAL RULE 7.1(B)(4).

Dated: March 11, 2005                                   Respectfully submitted,

                                                        PEOPLES SUPER LIQUOR STORES, INC.,
                                                        WINE & SPIRITS RETAILERS, INC.
                                                        and, JOHN HARONIAN,

                                                        By their Attorneys,

                                                           /s/  Evan Lawson
                                                        Evan T. Lawson           (BBO# 289280)
                                                        Robert J. Roughsedge   (BBO# 638180)
                                                        Michael Williams         (BBO# 634062)
                                                        Lawson & Weitzen, LLP
                                                        88 Black Falcon Avenue, Suite 345
                                                        Boston, MA 02210-1736
                                                        Telephone: (617) 439-4990
                                                        Facsimile:  (617) 439-3987

2