

181 Park Avenue, Suite 5
West Springfield, MA 01089-3365
E-Mail: masspack@masspack.org

Executive Director: Frank Anzalotti

Tel (413) 736-6164
(800) 322-1383
Fax (413) 736-5880

Strength In Unity

FEBRUARY, 2005

**IN THIS ISSUE:**
- From the State House
- Energy saving program
- BAT seminars scheduled
- Bottle Bill Issues
- ABL 2005 Convention

**FROM THE DESK OF THE EXECUTIVE DIRECTOR** – Frank Anzalotti

**FROM THE STATEHOUSE…**
**There are currently 65 pieces of legislation filed that could affect your business.** (Key pieces of legislation, along with our position on them, will be reviewed in our March newsletter.) . This is all the more reason that you should be sure your dues are paid and that you should help recruit a new member! Your membership support gives us the tools we need to support and protect you and your livelihood.
Our lobbyists, Roger Donoghue and Tara O'Donnell, have informed us that bills are still being processed, legislators are still being assigned to offices, and committees are still being formed. As we have done in the past, we will provide a list of legislators along with their addresses, telephone numbers and emails; and a list of committee assignments in the 2005 member's kit. We will mail you this kit in the early spring.

**ELECTRIC ENERGY COSTS**
Our electric energy costs are about to increase dramatically, especially for those of us who have been rated as 'standard offer' accounts. As of the end of February, the standard offer rating will no longer exist, moving all of us to 'Default Service'.
Under default service, we are all subject to the volatility of the energy market, and our electric rates can fluctuate significantly from month to month, making it impossible to plan budgets and expenses. Perhaps we have found a way to remove some of the fear and mystery from our future energy dilemma.
MassPack has partnered with Strategic Energy, one of the largest retail energy suppliers in the U.S., to create an affinity program designed to give you a choice of electric energy supply. Electric choice has been in place since 2000, and there may be no better time to exercise that choice when standard rate expires on February 28th.
No contract is activated until Strategic Energy obtains its price for you. There are no additional costs, no penalties, and no need for meter or equipment changes. You can even assign your contract to a new owner, should you sell your business. Because our partnership is an affinity program, MassPack benefits by receiving a small percentage from Strategic Energy based on energy volume. Please read the enclosed insert titled "Mass.PowerPool", and call Mark Zarella at the number on the bottom of the insert for more information.

Cont'd on page 2

Cont'd from page 1

## MASSPACK 'BAT' SCHEDULE

We have prepared a schedule of BAT server training seminars for liquor store owners and clerks. These seminars will take place regionally throughout the state. Everyone of us knows the importance of having well-trained, knowledgeable sales staff. Here is a way to educate your help on the alcohol laws and regulations of Mass., and to help them learn methods of preventing potentially illegal sales.

Fees remain at $25 per person for a MassPack member store. Choose the seminar that is most convenient for you, and submit the registration form with payment to the MassPack office. The registration form can be found in this newsletter, in the March edition of Mass Beverage Business, or on our website, www.Masspack.org.

## BOTTLE BILL ISSUES DISCUSSED AT DEP

On January 12th, I had the opportunity to attend a meeting at the Mass. Department of Environmental Protection relative to bottle bill concerns. Recent changes in department heads and staff have caused a shifting of duties at DEP, and new people are now responsible for oversight of the redemption system. The meeting was called because complaints had been filed by redemption centers claiming that the current system made it impossible for them to survive. The DEP wanted our opinion, along with that of several other impacted associations, regarding the redemption center issue. Also, other related topics were discussed.

It was the first time in a long while that I can remember seeing as much industry and lobbying fire power in one room. To say that the DEP was surprised by some of the comments would be an understatement. While DEP's initial impression is to support expansion, they are obviously concerned about our opinions and our needs. The associations in attendance made it clear that expansion would be devastating to business, and that doubling the deposit fee and/or increasing the handling fee would most likely chase more retail business out of the state. As a result, the DEP has promised to create a list of corrective recommendations, but will share this list with us for our commentary before submitting them for legislative or regulatory action. In the meantime, the bill to repeal the bottle bill and replace it with curbside recycling has been refiled for 2005/2006.

## ABL CONVENTION LOOKS LIKE A WINNER!

The American Licensees Convention will open with the Knob Creek Texas Hold'Em Poker Tournament. The event will take place on Sunday, Feb.27, 2005, at the Monte Carlo Hotel in Las Vegas. There is no entry fee, but the top three winners will walk away with prizes of $500, $300, and $200 respectively, compliments of Knob Creek.

Registration for the tournament is ongoing, and is limited to 100 people. People planning to attend the Convention and who are interested in the poker tournament should register by calling the ABL office at 301-656-1494, or by emailing ABL at rogers@ablusa.org.

Please read all the details of the convention in the February issue of the ABL Leader, or call the MassPack office at 800-322-1383 for more details. The third page of this newsletter serves as a convention registration form for your use. We look forward to seeing you in Las Vegas!

---

**MassPack Welcomes Its Year 2005 Members**

Membership in the Massachusetts Package Stores Association is the most cost-effective method of dealing with all the issues package store owners will face in 2005. With each new member, our effectiveness increases. Help us recruit a new member today…

Kinnie Chin
Waterwheel Liquors
S Yarmouth

---



**AMERICAN BEVERAGE LICENSEES**
*America's Beer, Wine and Spirits Retailers*

# THIRD ABL CONVENTION

Sunday, February 27 through Tuesday, March 1, 2005
*Nightclub and Bar Trade Show continues through March 2, 2005*

**REGISTRATION FORM - PLEASE PRINT OR TYPE**
Please Duplicate Form to Register Additional People

NAME _____ GUEST NAME _____

COMPANY/ESTABLISHMENT _____

ADDRESS _____

CITY _____ STATE _____ ZIP _____

DAYTIME PHONE _____ FAX _____

EMAIL _____

❑ **YES,** this is my first time to attend the ABL Convention.

ABL Member Convention Registration Fee $225 x _____ = $ _____

ABL Non-Member Convention Registration Fee $250 x _____ = $ _____

NO REFUNDS ON REGISTRATION FEES

Fee includes All Events Including Admission to the Nightclub & Bar Trade Show as well as all Seminars/Sessions and hospitality events.

**MAIL THIS FORM
WITH YOUR PAYMENT
TO ABL TODAY!**

ABL, 5101 River Road, Suite 108, Bethesda, MD 20816
PLEASE CALL ABL at 1-888-656-3241 WITH ANY QUESTIONS

---

**The Monte Carlo Resort and Casino - Las Vegas - ABL's CONVENTION HOTEL**
The Monte Carlo is offering very attractive rates of just $99 + tax per night, single or double occupancy.
Room rates are $169 + tax per night on the Friday and Saturday prior to the convention.
Call the Monte Carlo Resort and Casino to make your room reservations now! Deadline is January 26, 2005.
**1-800-311-8999**
Refer to group code XABL05 in order to receive the special room rate.
Please have your credit card, arrival and departure dates handy when you call.

## THE MASSACHUSETTS PACKAGE
STORES ASSOCIATION acknowledges those suppliers who have shown their support for the package store industry in Massachusetts by becoming a
*Year 2004/2005 ASSOCIATE MEMBER*

| | |
|---|---|
| A.G. EDWARDS & SONS, INC. | LEMATE OF NEW ENGLAND |
| ALTRIA CORPORATE SERVICES | M.S. WALKER, INC. |
| ANHEUSER-BUSCH, INC | MASS BAR MATE |
| ASSOCIATION BENEFITS INSURANCE | MASTERNET LTD |
| AUGUST A. BUSCH OF MASS. | MERCHANT CREDIT SERVICES |
| BACARDI, USA, INC. | MERIDIAN PAYMENT SYSTEMS |
| BANKNORTH, NA | MILLER BREWING CO. |
| BLACK LAB ALARM | MORAN USA, LLC |
| BURKE DISTRIBUTING CORP. | NANTUCKET OFF SHORE |
| COMMONWEALTH WINE & SPIRITS | NATIONAL RESOURCE MGT. |
| DISTILLED SPIRITS COUNCIL OF THE US | NEW ENGLAND POS, INC. |
| EPIC PRODUCTS, INC. | QUALITY BEVERAGE LTD |
| FAY PAPER PRODUCTS, INC. | RUBY WINES, INC. |
| FIRST CARDINAL CORP. | SEABOARD PRODUCTS, INC |
| FORBES SNYDER/TRI STATE CASH REGISTER | STORE SUPPLY SPECIALISTS |
| | STRATEGIC ENERGY |
| HEINEKEN, USA | THE GOLDSTEIN GROUP |
| INTELLI-CHECK, INC. | TOMRA EAST |
| JBS PROFESSIONAL SERVICES | TURN-KEY DISTRIBUTION SYSTEMS |
| J. POLEP DISTRIBUTION SERVICES | U.S. PAPER SUPPLY, INC. |
| JOHN P. DONOGHUE TOURS | WESTPORT RIVERS |
| | WILLIAMS DISTRIBUTING CORP. |


PRSRT STD
US POSTAGE
PAID
SPRINGFIELD MA
PERMIT NO 185


MASS. PACKAGE STORES ASSOC., INC.
181 PARK AVENUE • SUITE 5
WEST SPRINGFIELD, MA 01089-3365

**Strategic Energy** — We Compete For You

# Mass. PowerPool



## POWER in Numbers

The **Mass. PowerPool Program** gives **MassPack members** the ability to reduce their electricity costs and stop price increases through a volume buying approach. Through this unique program, MassPack's Electric Generation Supplier (EGS) of choice, Strategic Energy, will pool members together and shop this load in the wholesale market in order to achieve a pre-determined **Target Strike Price**.

## Upon analysis of current market conditions, MassPack is proud to offer members the following option:

- Strategic Energy's Ceiling Product
- March/April 2005 start with a 24-month contract term
- Target Strike Price: **7.25 ¢/kWh**

### Benefits:

✳ **Power in numbers.** Capitalize on MassPack's volume buying power and Strategic Energy's proven PowerSupply Coordination℠ service.

✳ **Budget certainty.** Our pricing allows you to lock in a price for electricity, to protect you against the volatility of the wholesale market.

✳ **A proven track record.** Strategic Energy is one of the nation's leading suppliers of competitive electricity, with more than 55,000 accounts in ten states.

If you have any questions, please contact:

Mark Zarella
Strategic Energy
Business Development Mgr.
T 781.749.4201
F 781.749.4203

---

**What this means to YOU** ...electricity prices in Massachusetts are continually increasing, and have already reached historic highs – this opportunity ensures that you will lock in a price of **7.25 ¢/kWh for 24 months**.

**Why now?** If you are a Standard Offer Service customer (found under 'Generation Services' on your bill), your utility company's **rates expire on February 28, 2005** – protect yourself from uncertainties by locking in a price with Strategic.

### Timeline for Enrollment:

| Date | Action |
|---|---|
| January 21, 2005 | Send one month's electricity invoice per location to Strategic Energy's Mark Zarella at fax number 781-749-4203 |
| February 1, 2005 | Strategic Energy will generate and mail a Contract Package to you |
| February 10, 2005 | Deadline for Enrollment – Strategic Energy must receive your signed Contract, Strike Price Addendum and Enrollment Forms; please send to Doreen Cataldo at fax number 973-285-3272 |
| March/April 2005 | If the Target Strike Price is reached, you will receive a letter confirming the Target Strike Price and your Enrollment in the Program; *if the Target Strike Price is not reached, your accounts will not be enrolled and you will remain with your utility company* |

---

Strategic Energy • 350 Lincoln Place, Suite 2400 • Hingham, MA 02043 • T 781-775-6023

sel.com



February 2005
v.4

*Credit Card News from Mike Noel and Meridian Payment Systems*

*toll-free 888.642.6323 • fax 860.642.6072 • mnoel77@earthlink.net*
*243 Lake Shore Drive, Lebanon, CT 06249*

### SIGNATURE DEBIT – A New Savings Opportunity
Last August, after Wal-Mart won it's lawsuit against Mastercard and Visa, new interchange categories where created specific to Debit cards. These cards are issued against bank checking accounts.

The interchange rate to the processor for a Debit card is far less than for a credit card. Some processors have stepped up and separated their billing of Debit cards vs. Credit cards, thus passing this savings onto their merchants. *Is your processor sharing this savings with you?*

### PIN DEBIT – Capitalize on the Savings Opportunity
Have you added a pin pad to your credit card system yet? If not, you are missing out on a significant savings opportunity. A $75 sale charged to a Visa-Debit card will cost the merchant $1.59 (based on a rate of 1.79% and 25 cents per transaction). This same sale processed with the customer entering their PIN (personal identification number) into a pin pad will cost the merchant only 59¢. *Many package stores process 40% of total card business as PIN debit.*

### Identity Theft and Truncation
Truncation is a process that hides all but the last 4 digits of the customer's credit card number on the printed credit card receipt. It will soon become mandatory for all merchants to update their credit card machine software to perform truncation.

Some merchant services companies are telling their customers that their existing equipment is obsolete and incompatible with new truncation software. In most cases this is a ploy to sell equipment. If you have a Tranz 330 or Tranz 380, don't fall prey to this misinformation. These units are old but they can be reprogrammed to produce a truncated customer receipt.

### Trade in and Upgrade
The newer credit card machines do have some noteworthy bells and whistles. Thermal printers generate a faster and very quiet receipt, the equipment takes up less space and some even communicate over the internet utilizing a TCP/IP connection. *Trade in credits are available for many of the (functional) older models.* Call for details.

### NOW is the Time to Review your Statements for Potential Savings
Take a moment and fax 2 statements to Mike Noel at 860-642-6072. *Special pricing is in place for Massachusetts Package Stores.*

### Mike Noel's Industry Experience
| | |
|---|---|
| 1983 - 1990 | Liquor salesman for Brescome Distributors of CT |
| 1987 - 1997 | Retail package store owner/operator, Willimantic, CT |
| 1990 - 2000 | Glastonbury Bank and Trust Merchant Services Sales Manager |
| 1991 - 2000 | Established and managed the GBT/Mass Pack credit card program |
| 2001 - present | Independent agent, Meridian Payment Systems and NPC |

**Review other side >**

# Mastercard * VISA * Gift Cards * American Express * Discover

## Special Pricing for Massachusetts Package Stores

### MICHAEL NOEL & MERIDIAN PAYMENT SYSTEMS

| Tier one pricing: | | Tier two pricing: (MC/V sales of > 1 Million annually) | |
|---|---|---|---|
| Rate for Visa and MasterCard | 1.72% | Rate for Visa and MasterCard | 1.68% |
| Signature Debit | 1.32% | Signature Debit | 1.28% |

**NEW Interchange Category**
Signature Debit and Check Cards  .40% less than credit cards

**Per item fee for authorization and draft capture:**

| | Mass Pack Members |
|---|---|
| Visa and MasterCard | $.21 |
| Non-pin Check Cards | $.26 |
| Discover | $.12 |
| Pin-based Debit | $.59 |
| American Express | zero* or $.12 |

*If your credit card machine supports split dial, we can waive the American Express transaction fee.

*Paper for the credit card machine is FREE for members.*

**Other fees:**

| | Mass Pack Members |
|---|---|
| Enrollment fee (one-time) | $50.00** |
| Reprogramming fee | $25.00 |
| Monthly maintenance fee | $ 5.00 |
| Chargeback handling fee (per item received) | $15.00 |
| Retrieval request fee (per item received) | zero |

**Waived through April 30,

**\*\* Members SAVE $50 Now – April 30th.**

**Equipment Pricing:**

| | New | Refurbished |
|---|---|---|
| Manual Imprinter | $35.00 | NA |
| Nurit 2085 Terminal/printer | $550.00 | $450.00 |
| Hypercom T7P-thermal Terminal with printer | $475.00 | $375.00 |
| Pin Pad for on-line debit | $175.00 | $125.00 |

**NPC Access (On-line reporting)**
NPC Access is our new on-line reporting tool, it provides review of transaction information and batch total information. Monday's transmittal can be reviewed on Wednesday morning.

| | |
|---|---|
| **One-time set up fee:** | zero |
| **Monthly fee:** (you may elect to cancel the paper statement) | $10.00 |

For a free and confidential statement analysis, FAX two Mastercard/VISA monthly summaries to FAX# 860.642.6072.

**Meridian Payment Systems**
Michael Noel • 243 Lakeshore Drive, Lebanon, CT 06249
888.642.6323 (office) • 860.642.6072 (fax) • mnoel77@earthlink.net

Review other side >

7

# Schedule of Alcohol Server Training Seminars (BAT) offered in the Spring by The Massachusetts Package Stores Association (MassPack)

## REGISTRATION FORM

(You must fill out the entire registration form and remit with a check prior to attending the alcohol server training program.)

Check the server training date you are planning to attend:

___ Tuesday, March 29, 2005, Holiday Inn Dedham
              55 Ariadne Road
              Dedham, MA  02026

___ Tuesday, April 5, 2005, Holiday Inn
              Four Highwood Drive (near junction of rts 495 & 133
                              Exit 39 off 495)
              Tewksbury, MA

___ Tuesday, April 19, 2005, Best Western/Royal Plaza Hotel
              181 Boston Post Road West
              Marlboro, MA

___ Tuesday, May 3, 2005, Holiday Inn
              700 Myles Standish Blvd
              Taunton, MA

___ Tuesday, May 10, 2005, Best Western/Sovereign Hotel
              1080 Riverdale Street
              West Springfield, MA

___ Thursday, May 12, 2005, Communications Way
              270 Communications Way UNIT 2G
              Hyannis, MA

                    *     *  *     *

TIME:  6:00 PM check-in
       6:30 PM start

COST:  $25 for MassPack members/person
       $40 for NON-MassPack members/person
       10% discount for 5 or more attendees
                    *     *  *     *

Owner's name_____ Check if 2005 MassPack member___
Store Name _____ Phone # (   )_____
Mailing Address_____city/State/Zip_____
Name of attendees: _____    _____

(YOU MUST PRE-REGISTER *12 days prior to your seminar*/MAIL CHECK TO ATTEND)
Write check and return to: MassPack,181 Park Avenue, Suite #5, W. Springfield, MA 01089-3365.   Any questions, call 413 736-6164

8