Restaurant payroll account made out to Ramon and Manuel Medrano. Many of the checks were signed by themselves, others were signed by Jerez.

19) During one of the attempted drug purchases, Ramon Medrano, stated that he believed his restaurant was being watched by police and no sale was made.

21) The Medrano brothers ordered, picked up and paid for alcoholic beverages purchased from wholesalers during most of the previous three years. Payments were made in cash.

22) In an ABCC decision and emergency order dated April 25, 1991, the Commission found that Jerez was frequently out of the country and that Manual Medrano was in control of the premises when Jerez was not present.

23) The Commission further found that Manual Medrano was not a U.S. citizen, is not eligible to own or manage a liquor license and that he had business cards naming him as co-owner.

24) Jerez was present at the hearing before the Commission but did not testify. The Commission draws an adverse inference from his failing to testify.

25) The licensee has failed to maintain adequate control over the licensed premises despite repeated actions of the Lawrence Board and the Commission requiring him to.

Based on the evidence heard, the Commission finds that the licensee violated 204 CMR 2.05 (2) - Permitting an illegality on the licensed premises, to wit: MGL Chapter 94C - The Controlled Substance Act and suspends the license for six months. The Commission further finds that the licensee violated Chapter 138, Section 23 - Transfer of the privilege of the license without proper authority and revokes the license.

The license is therefore revoked immediately and forthwith.

### WHITE HEN PANTRY
### 660 Industrial Drive
### ELMHURST, IL

**DECISION** This was a hearing on an alleged violation of Chapter 138, Section 25 - Lending or borrowing money or receipt of credit by licensees.

After hearing, the Commission makes the following findings:

1) There is an application before the Commission to transfer a wine and malt package store license from Kim M. Paterson dba White Hen Pantry to Robert P. Capodilupo dba White Hen Pantry.

2) The licensed premises is a convenience store located at 9 Austin Square in Lynn.

3) Capodilupo operates the premises as a franchisee of White Hen Pantry, Inc., as did Paterson previously.

4) White Hen Pantry, Inc. currently holds two, and has applied for a third, package store licenses under the provisions of Chapter 138, Section 15.

5) White Hen Pantry, Inc. has advanced a loan to Capodilupo for the start up and operation of non-liquor related business activity.

6) White Hen, Inc. has also provided Capodilupo a loan of $22,000 for the purchase of the liquor license from Paterson.

7) The original transfer application was filed requesting approval of a pledge of the license from Capodilupo to White Hen Pantry, Inc. This request has been withdrawn.

8) During a license interview with an ABCC investigator, Capodilupo stated that $21,000 of the loan for the purchase of the license was to be paid back by increasing the monthly payment of gross sales from 12.5% to 13.5%. The remaining $1,000 was to be due upon demand of White Hen Pantry, Inc.

9) White Hen Pantry, Inc. has a direct, or indirect, beneficial interest in the application of Robert P. Capodilupo. The Commission has maintained a policy relative to franchisee package goods stores which allows a chain to operate more than three licenses under its "doing business as" (dba) provided that the additional licenses are independent and no financial benefit is made between franchisor and franchisee relative to the liquor license or its operation.

Based on the evidence heard, the Commission finds that the licensee violated Chapter 138, Section 25 - Lending or borrowing money or receipt of credit by licensees, and warns the licensee and orders that no loan be made relative to the obtaining, or operation, of a liquor license by Robert P. Capodilupo.



## Can Your Operation Pass This Test?

Foodservice Security, the latest training program from The Educational Foundation of the National Restaurant Association, will bring your operation up to speed in regards to security. With Foodservice Security, everyone from top management to hourly employees receives security training.

Managers learn how to conduct a thorough security audit, secure their operation, and maintain security. Employees get security basics—understanding theft, preparing for emergencies, opening and closing safely, and how to handle money. And, all employees learn that awareness and prevention are the keys to a safe and secure operation.

Safeguard your operation and protect your profits. Order Foodservice Security today—call The Educational Foundation at 1-800-765-2122.

National Restaurant Association

**THE Educational FOUNDATION**

©1993 The Educational Foundation of the National Restaurant Association