

## HOME
## Calendar
## Government
## Membership
## Publications
## Officers
## Trade Show
## Server Training

**Mass Package Stores Association Inc.**
www.MassPack.org

*Do you want to contact your legislator?....click on 'Government'*

## About the Massachusetts Package Stores Association, Inc.

The Massachusetts Package Stores Association (Masspack) was founded in 1942 for the following purposes:

1.
   To protect the interests of the independent package store owners of Massachusetts in all matters of concern.
2.
   To furnish the membership with information and advice concerning matters relevant to the beverage alcohol industry.
3.
   To provide the membership with various meetings, seminars, and other functions so as to promote discussion of matters concerning their personal welfare and ·the welfare of the entire liquor industry.
4.
   To educate the membership to higher business standards and practices.
5.
   To promote pending pieces of legislation and regulation which would improve business methods and the economic climate of the industry, and to oppose such legislation which would prove to be detrimental to the public, the retailers, or the beverage alcohol industry as a whole.

The Massachusetts Package Stores Association maintains full time lobbyists in Boston to oversee the progress of legislation, and it maintains an executive director and office staff to schedule meetings, seminars, and trade shows and to communicate with the membership on a regular basis. A working board of directors made up of liquor store owners throughout the state meets regularly to decide on necessary policies and procedures.

Masspack offers many other features and benefits to its members. Included are reduced registration rates to seminars and server-training sessions, programs offering substantial discounts on paper and office products and electronic ID checking equipment, discounted credit and debit card services, as well as various insurance programs offering reduced premiums and/or dividends.

Membership in Masspack is figured on an annual basis, and is renewable each year in January. Both regular and associate memberships are available. Rates vary depending on the type of beverage alcohol license held by the prospective member.

In order to receive membership information and an application; or for information on current pending legislation, upcoming server-training sessions, scheduled seminars and wine tastings, or our upcoming trade show and convention, please contact our offices by mail, telephone, fax or email.

Frank Anzalotti, *Executive Director*

**Massachusetts Package Stores Association, Inc.**
181 Park Avenue - Suite #5
West Springfield, MA 01089 - 3365

TOLL FREE: **1-800-322-1383**
413-736-6164
FAX: 413-736-5880

Email: masspack@masspack.org

1

2

Home Page

**Mass Package Stores Association Inc.**
www.MassPack.org

*Do you want to contact your legislator?….click on 'Government'*

## About the Massachusetts Package Stores Association, Inc.

The Massachusetts Package Stores Association (Masspack) was founded in 1942 for the following purposes:

1.
   To protect the interests of the independent package store owners of Massachusetts in all matters of concern.
2.
   To furnish the membership with information and advice concerning matters relevant to the beverage alcohol industry.
3.
   To provide the membership with various meetings, seminars, and other functions so as to promote discussion of matters concerning their personal welfare and ·the welfare of the entire liquor industry.
4.
   To educate the membership to higher business standards and practices.
5.
   To promote pending pieces of legislation and regulation which would improve business methods and the economic climate of the industry, and to oppose such legislation which would prove to be detrimental to the public, the retailers, or the beverage alcohol industry as a whole.

The Massachusetts Package Stores Association maintains full time lobbyists in Boston to oversee the progress of legislation, and it maintains an executive director and office staff to schedule meetings, seminars, and trade shows and to communicate with the membership on a regular basis. A working board of directors made up of liquor store owners throughout the state meets regularly to decide on necessary policies and procedures.

Masspack offers many other features and benefits to its members. Included are reduced registration rates to seminars and server-training sessions, programs offering substantial discounts on paper and office products and electronic ID checking equipment, discounted credit and debit card services, as well as various insurance programs offering reduced premiums and/or dividends.

Membership in Masspack is figured on an annual basis, and is renewable each year in January. Both regular and associate memberships are available. Rates vary depending on the type of beverage alcohol license held by the prospective member.

In order to receive membership information and an application; or for information on current pending legislation, upcoming server-training sessions, scheduled seminars and wine tastings, or our upcoming trade show and convention, please contact our offices by mail, telephone, fax or email.

Frank Anzalotti, *Executive Director*

**Massachusetts Package Stores Association, Inc.**
181 Park Avenue - Suite #5
West Springfield, MA 01089 - 3365

3

TOLL FREE: **1-800-322-1383**

413-736-6164

FAX: 413-736-5880

Email: masspack@masspack.org



**Mark your calendar…**

## MassPack Trade Show

**Wednesday, October 19, 2005**

**To take place at the Gillette Stadium
(PATRIOTS' STADIUM)
Foxboro, MA**

**For more details click on 'Trade Show'**

## Server Training Seminars (BAT):

(click on Server Training for schedule and registration form)



# MassPack Trade Show
## Wednesday, October 19, 2005
### Show Hours:  12 noon – 6:00 PM

### Gillette Stadium
### Foxboro, MA

**Additional  features of this year's Trade Show include cheerleaders, tastings, prizes…………**
**AND a beautiful, FREE, unique, industry-related MassPack Year 2006 Calendar**
**available on a first-come first-serve basis…….**

## WHY SHOULD YOU ATTEND THE MASSPACK TRADE SHOW ? ? ? ? ? ? ? ? ? ? ? ? ? ? ?

**WHAT ARE YOUR CONCERNS?**
**Taxes, Bottle Bill Expansion, Three License Ownership Limitation…….?**

**TALK with MassPack Officers and Directors to express your specific concerns.**

**REGISTER for a chance to win prizes at our MassPack raffle.**

**VISIT  the Banknorth Booth, the Intelli-Check Co., Strategic Energy, Association Benefits Company, and Black Lab Alarm/Web Eye Alert………..to name just a few of our exhibitors already contracted for Our Trade Show.**

**VISIT our cheese and bread stations (complimentary; during show hours) and cash food concession stands.**

**VISIT suppliers and distributors to plan your holiday buying strategy.**

**Watch your 'snail' mail for more info, contracts, registration, schedules………….**



# Server Training
### www.MassPack.org

# INDIVIDUALS CERTIFIED IN 2001 MUST BE RE-CERTIFIED THIS YEAR

## Beverage Alcohol Training (BAT)

**Sponsored By**
**Massachusetts Package Stores Association**
**Check the server training date you are planning to attend:**
**(You must fill out the entire registration form and remit with a check to MassPack prior to attending the Beverage Alcohol Training (BAT)  program.)**

## Your Chance to Train Your Staff for Safe and Legal Alcohol Sales

Now that we have entered a period of increased social awareness, we find the need to make changes in the way we operate our businesses.  Business practices have changed and new attitudes have emerged.  One of the attitude changes which impacts retailers is the urgency to eliminate illegal sales and to keep alcohol out of the hands of underage persons.  If you fail to do so, you potentially face severe criminal and civil penalties - penalties which could cost you your business.

To help protect you, MassPack provides a **Beverage Alcohol Training (BAT) program for package store employees** as an education and certification tool.  Our seminars provide training in many very important areas, **ie, recognizing fake and altered ID's, handling intoxicated and problem customers, and preventing sales to legal customers who are buying for underage people.**  Each seminar also provides ample time for student interaction and testing for certification.  The three-year certification will satisfy the requirements of any local authorities, and **may save you a great deal of money on liability insurance.**

Please review the registration form which has been provided.  It lists all of the seminars we have currently scheduled throughout the state.  When you have decided on the seminar(s) which best suits you, fill out the form completely and mail it **in its entirety** along with your payment to the MassPack Office.

For those of you who wish to take advantage of the reduced rates offered to MassPack members, please complete the Membership Application.  It can be used for renewals or for first-time members.  Do not hesitate to call our Office (800-322-1383) for further  information.

**8**

Wishing you good health, prosperity, and business success for 2005!

Frank Anzalotti

**Note that there is an [UPDATED SCHEDULE](#) of BAT seminars for the Spring 2005**

[Click here to view the Alcohol Server Training Registration Form.](#)

9

# Schedule of Alcohol Server Training Seminars (BAT) offered in the SPRING by The Massachusetts Package Stores Association (MassPack)

## REGISTRATION FORM
**(You must fill out the entire registration form and remit with
a check prior to attending the alcohol server training program.)**

**Check the server training date you are planning to attend:**

___    Tuesday,    March 29, 2005, Holiday Inn
                   55 Ariadne Road
                   Dedham, MA

____   Tuesday,    April 5, 2005, Holiday Inn
                   Four Highwood Drive (near junction of routes 495 & 133
                                     Exit 39 off 495)
                   Tewksbury, MA

____   Tuesday,    April 19, 2005, Best Western/Royal Plaza Hotel
                   181 Boston Post Road West
                   Marlboro, MA

____   Tuesday,    May 3, 2005, Holiday Inn
                   700 Myles Standish Blvd
                   Taunton, MA

____   Tuesday,    May 10, 2005, Best Western/Sovereign Hotel
                   1080 Riverdale Street
                   West Springfield, MA

____   Thursday,   May 12, 2005, Communications Way
                   270 Communications Way UNIT 2G
                   Hyannis, MA
                   *      *    *       *

**TIME:    6:00 PM check-in
           6:30 PM start**

**COST:    $25 for MassPack members/person
           $40 for NON-MassPack members/person
           10% discount for 5 or more attendees**
                   *      *    *       *

ALCOHOL SERVER TRAINING REGISTRATION FORM

Owner's name_____ Check if 2005 MassPack member_____

Store Name _____ Phone # (      )_____

Mailing Address_____ City/State/
Zip_____

Name of attendees:   _____     _____

                     _____     _____

                     _____     _____


**(YOU MUST PRE-REGISTER** *12 days prior to your seminar***/MAIL CHECK TO ATTEND)**
**Write check and return to: MassPack, 181 Park Avenue, Suite #5**
**        W Springfield, MA 01089.  Any questions, call 413 736-6164**

11



# Government Relations
### www.MassPack.org

[List of Representatives/Senators](#)                         [General Information about Senate/House](#)

The Massachusetts Package Stores Association has always prided itself on its ability to protect the businesses of the independent liquor store owner.  Together, and as individuals, we have kept our industry strong and profitable for small business owners.  This is not the situation in most industries.

Through our lobbying and grassroots efforts, we will continue our mission to protect your business by defending the three-license ownership level and current quota system.  We will work to guarantee that all beverage alcohol sales, whether in-state or from out-of-state, will be conducted through our three-tier system.  Also, we will work closely with other state organizations to prevent any expansion of the bottle bill or any increase in the deposit structure.  If at all possible, we will pass legislation to eliminate the bottle bill and replace it with mandatory curbside recycling.

In addition, we will defend against any attempts to increase taxes on alcohol, and we will work to obtain legal defense for accepting out-of-state drivers' licenses as proof of age.  We will maintain contact with key legislative committee chairs, and we will represent you at any and all legislative and regulatory hearings that affect the retail industry as a whole.

From time to time we will solicit your help and ask you to contact your own local Representative and/or State Senator.  Please use the links provided at the top of this page to gain access to your legislator's address, statehouse telephone number, or e-mail.  If you are not sure who represents you, call us at 800-322-1383.  We will be glad to assist you.

---

MassPack supports [American Beverage Licensees' (ABL)](#) position on responsible use of our products.  Responsible use includes driving responsibly (not driving when impaired or over the legal BAC limit).  The position, titled "Drink Responsibly - Drive Responsibly", includes a commercial  and a printed logo that you can copy for use on your printed materials.  Below is a link to the ABL website which further explains the position on responsible use of product and where you can view the commercial and download various forms of the logo.



[For more info, check the ABL sponsored Responsible Drinker website.](#)

12

# Membership Information

www.MassPack.org

| **Store Benefits** | | **Associate Benefits** |
|---|---|---|
| **Store Membership** | | **Associate Membership** |

Click the **Benefits** buttons to view the member benefits and the **Membership** buttons to apply for that type of membership

13

# Membership Information
### www.MassPack.org

# Products and Services for Members Recommended by MassPack

**'Recommended'** products and services are provided by MassPack associate members. These products and services have been reviewed and have been found to be of superior quality. They are provided to MassPack members at very competitive rates. In addition, the companies offering these products provide a revenue stream to MassPack based on sales.

## WORKERS' COMPENSATION, COMPREHENSIVE, AUTO, AND LIQUOR LIABILITY INSURANCE:

Association Benefits Insurance Agency
Frank Michaud
800 211-4217   x 226

## ID SCANNING EQUIPMENT:

Intelli-Check Company
Enfield, Ct
Nicole Versadgi
800-444-9542  x 414

## CREDIT CARD PROCESSING SERVICE:

Banknorth Merchant Services Group
Jeff Turcotte
800-734-4997, ext. 34687 (voice mail)

## DISCOUNTED PAPER PRODUCTS:

14

Fay Paper Company

Norwood, MA

Ralph Bastable

800-765-4620

### DIGITAL VIDEO SURVEILLANCE SOLUTION:

Web Eye Alert/Black Lab Alarms

Woburn, MA

Todd Broyard

781-938-5502

### ELECTRIC ENERGY COST SAVING PROGRAM:

Strategic Energy

Mark Zarella

781-749-4201

## Click Here To Join

**If you have questions about our member benefits programs, please call our Office at 800-322-1383.**

15



# MASSACHUSETTS PACKAGE STORES ASSOCIATION

You can print and mail this form or Send it and we will contact you about payment

### Yes, we want to be a Member of the Massachusetts Package Stores Association

**[FrontPage Save Results Component]**

**Your Name**

**Company Name**

**Address**

**City, State Zip**                                             ,

**Company Telephone**

**Fax**

**E-Mail**

| Select One of The Following | Cost |
|---|---|
| Beer and Wine | $150 |
| All Alcohol | $199 |

### Payment Method

Visa

Mastercard

Amex

### Thank you for your support of your association

I would be interested in actively serving on the Board of Directors of the
Massachusetts Package Stores Association          Yes     No

### Membership Programs

16

Discount Paper Products
Cash register Rolls,
Ribbons, Computer Papers,
copy paper

Liquor Law Liability

Workers Compensation

Store Insurance
Fire and Liability

ID Scanning Equipment

Credit Card Program

Electric Energy Cost Saving
Program

Digital Video Surveillance
Solution

ASSOCIATE MEMBERSHIP  On behalf of the Board of Directors of the Massachusetts Package Stores Association I invite you to join with us

Case 1:04-cv-12219-PBS      Document 15-6      Filed 03/17/2005      Page 18 of 26

# ASSOCIATE MEMBERSHIP

On behalf of the Board of Directors of the Massachusetts Package Stores Association I invite you to join with us as an Associate Member of MPSA for 2005.  I also wish to thank all of you who have enrolled in the past.

The Massachusetts Package Stores Association is an organization representing the hundreds of independently-owned retail liquor stores across the state.  The Board of Directors are also owner/ operators of liquor stores.  Like you, we are subjected to the daily challenges of operating a business – insurance availability, wage and labor issues, etc.  We are also faced with the challenge of preserving the integrity of the beverage alcohol industry when we have to confront issues such as underage drinking, alcohol-related traffic accidents, social responsibilities, etc.  We must prove to those who wish to link us with illegal drugs that we are a legitimate industry providing a perfectly legal product.  The retail segment has proven time and again that we have the potential to positively impact the public and the government on matters such as the above.  Our impact is directly related to the funding available to handle the task effectively…and that is why we need your support.

Please refer to the enclosed application for an explanation of Associate Membership levels.  Once you have selected your level of membership you will then have the exclusive right to advertise in our newsletter and/or place a banner or link on  the MassPack website (www.masspack.com).  Please refer to the enclosed Associate Membership Application.

Your **Associate Membership** provides the following benefits:

## Benefits to the Industry:

As an Associate Member of MassPack, you will be publicly demonstrating your support for the Massachusetts package store industry.  You will assist us in providing strong, effective representation for the industry to our elected officials in Boston and Washington, DC.

## Benefits to you :

- A one-year subscription to the MassPack Newsletter, a monthly publication which will keep you informed of developments in the industry.

18

ASSOCIATE MEMBERSHIP  On behalf of the Board of Directors of the Massachusetts Package Stores Association I invite you to join with us

Case 1:04-cv-12219-PBS    Document 15-6    Filed 03/17/2005    Page 19 of 26

- **Recognition of your company** in our newsletters, at our Annual Trade Show, and at all other MassPack-sponsored functions throughout the year.
- **The exclusive right to advertise in our newsletters** belongs to Associate Members, only.  You must reserve space ahead of time and provide us with 725 copies of a 1 or 2 sided single-page insert (8.5" x 11").  We will have your ad inserted and mailed to each of our members.  There is an additional, nominal fee of $200.00 which must accompany the insert to help defray the additional costs applied by our printer for folding, stuffing, and sealing the insert into the newsletter.

*Following your selection at the appropriate Associate Member level, for those organizations representing industry related products or services and desiring MassPack review, we offer two additional designations:*

- **MassPack recommended status…**This category is available to Associate Members at or above the $350 level.  Also, you must provide a revenue stream to MassPack from the products you are marketing to our members, demonstrating to them that you are an Association supporter.  **Recommended** will carry the following definition:  *MassPack has extensively investigated the following products/services and has found the company/organization to be in good standing in Massachusetts and to offer superior-quality products and services.  We strongly recommend you consider them when choosing a vendor.*

- **MassPack approved status…**This category is available to Associate Members at any level.  You must, however, additionally compensate MassPack $200 for necessary procedures to research your company and its products/services to our membership, as well as your standing in Massachusetts, before receiving this status.  There is no exclusivity and no revenue sharing component.  **Approved** will carry the following definition:  *MassPack has researched these companies, services and products and have found them to be in good standing in Massachusetts, to offer valid, working products, worthy of consideration in your evaluation of similar products and services.*

Any company or other business entity which receives either the 'Recommended' status or 'Approved' status from MassPack shall agree to indemnify and hold MassPack harmless for any claims or liability arising from the relationship between MassPack and the Associate Member.

It will be noted that all advertisers have made a contribution to MassPack.  Also, companies currently associated with or recommended by MassPack will not be required to pay the $200 research fee.

I have included an Associate Membership application for your convenience.  Please review the different levels and select the one which best describes your business.  By completing the form and returning it us with your check, you will be contributing to the **unification of the beverage alcohol industry and to the creation of the dynamic force necessary to remain politically active and to remain visible to our legislators and consumers.**

I thank you in advance for your commitment, and I ask that you mail your reply to:                19

ASSOCIATE MEMBERSHIP  On behalf of the Board of Directors of the Massachusetts Package Stores Association I invite you to join with us

Case 1:04-cv-12219-PBS     Document 15-6     Filed 03/17/2005     Page 20 of 26

**MassPack**
**181 Park Avenue Suite #5**
**West Springfield, MA 01089 - 3365**

Sincerely,

Frank Anzalotti, Executive Director

# Click Here To Join

## Associate Membership Application
### www.MassPack.org

# MASSACHUSETTS PACKAGE STORES ASSOCIATION

You can print and mail this form or Send it and we will contact you about payment

**Yes, we want to be an Associate Member of the Massachusetts Package Stores Association**

**Your Name**

**Company Name**

**Address**

**City, State Zip**                    ,

**Company Telephone**

**Fax**

**E-Mail**

| Select One of The Following | Cost |
|---|---|
| Suppliers | $750 |
| Large Wholesalers & Distributors... | $750 |
| Small Wholesalers & Distributors.. | $350 |
| Large Industry Related Companies. | $350 |
| Small Industry Related Companies. | $200 |

**Website Banner or Link Option for Associate Members Only**

As a current Associate Member we are offering you the opportunity to appear on the MassPack Website (www.masspack.com). You may choose a banner or a Linked Banner (You must provide us with your camera ready logo)

| | |
|---|---|
| 1 unlinked banner/year | $150 |
| 1 linked banner/year | $250 |

*   To become a MassPack **RECOMMENDED** Company you must be an Associate Member at or above the $350 level AND you must provide a revenue stream to MassPack from the products you are marketing to our MassPack members.

** To become a MassPack **APPROVED** Company you must become an Associate Member at or above the minimum $200

21

level AND you must additionally compensate MassPack $200 for necessary procedures to research your company and the products/services you are providing before receiving **APPROVED** status.  There is no exclusivity and no revenue sharing component.

Any company or other business entity which receives either the 'Recommended' status or 'Approved' status from MassPack shall agree to indemnify and hold MassPack harmless for any claims or liability arising from the relationship between MassPack and the Associate Member.

If you need assistance, please call the MassPack Office at (800) 322-1383 or FAX (413) 736-5880.

Make checks payable to MassPack and mail to:  MassPack, 181 Park Avenue  Suite #5, West Springfield, MA  01089 - 3365.

**MassPack provides monthly newsletters and alerts to its members. These are 'Members Only' publications and are distributed via U.S. mail.**

24



# 2005 OFFICERS

**PRESIDENT**
Ben Weiner, Beven Liquors, Somerville

**FIRST VICE-PRESIDENT**
Armen Derderian, A&B Liquors, Methuen

**VICE-PRESIDENT**
Christopher Gasbarro, Seekonk

**VICE-PRESIDENT**
John Haronian, Peoples Super Liquor Stores, N. Providence, RI

**VICE-PRESIDENT**
Peter Kessel, The WINEXPRESS, Norwood

**TREASURER**
Sharon Sorcenelli, Cedarville Wine & Spirits

**SECRETARY/CLERK**
Tom Williams, Glendale Package Store, Waltham

**EXECUTIVE DIRECTOR**
Frank Anzalotti, MassPack Office 413 736-6164

**BOARD OF DIRECTORS**
JEFFREY CANANE – JAN'S PACKAGE STORE, CHERRY VALLEY
JACK CATEN – TOWNSEND PACKAGE STORE, TOWNSEND
DONALD COREY – BLANCHARD'S LIQUORS, W. ROXBURY
LOUIS DeSANTIS – EDGEMERE WINE & SPIRIT, SHREWSBURY
CHRISTOPHER GASBARRO – SEEKONK LIQUORS, SEEKONK
JOHN HARRINGTON – HARRINGTON WINE & LIQUORS, CHELMSFORD
DICK HURLEY – CANTERBURY LIQUORS & PANTRY
JAMES KRASKOUSKAS – ANTHONY'S LIQUOR MART, GARDNER
CHUCK LYNCH – LYNCH PACKAGE STORE, UXBRIDGE
RON MALONEY – JULIO'S LIQUORS, WESTBOROUGH
BURT MILLER – BROOKLINE LIQUOR MART, ALLSTON
JACK PENDERGAST – CAPE COD PACKAGE STORE, CENTERVILLE
RAJMINDER SAINI – SHOP-N-SAVE LIQUORS, QUINCY
BOB SELBY – KAPPY'S LIQUORS, PEABODY
DAVID WNUKOWSKI – DOUGLAS VILLAGE PACKAGE STORE, E. DOUGLAS
LOBBYIST/COUNSEL – ROGER DONOGHUE, TARA O'DONNELL

25

**DONOGHUE, BARRETT & SINGAL, BOSTON**