UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Peoples Super Liquor Stores, Inc., et al
              Plaintiffs,                           CIVIL ACTION
                                                                  NO.   04-12219-PBS
     v.

Eddie Jenkins, et al
             Defendants.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                             March 17, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **May 4, 2005**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                                By the Court,


                                                                            _/s/ Robert C. Alba_
                                                                            Deputy Clerk


Copies to:  All Counsel