UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.
and, JOHN HARONIAN,

    *Plaintiffs,*

v.

EDDIE J. JENKINS, in his capacity as
Chairman of the Alcoholic Beverages
Control Commission, SUZANNE IANNELLA
and ROBERT CRONIN, in their capacities as
Commissioners of the Alcoholic Beverages
Control Commission,

    *Defendants.*

Civil Action No. 04-cv-12219-PBS

**NOTICE of CONTRARY AUTHORITY and of
RELATED MATTER PENDING BEFORE THE COURT OF APPEALS**

Pursuant to Counsels' obligations under *Fusari v. Steinberg*, 419 U.S. 379, 391 (1975) ("This Court must rely on counsel to present issues fully and fairly, and counsel have a continuing duty to inform the Court of any development which may conceivably affect an outcome"), the Plaintiffs wish to bring to this Court's attention a decision by the U.S. District Court for the District of Rhode Island on a related matter and the pending appeal of that decision. The decision by the District Court in Rhode Island is in the case of *Wine & Spirits Retailers, Inc., et al. v. Rhode Island, et al.*, 04-cv-418-T, and can be found at page 1 of the addendum of the attached brief. This decision was issued on April 8, 2005 and is arguably countervailing authority to the arguments raised by the Plaintiffs' in the present matter. The Plaintiffs, of course, do not agree with the findings of that Court and also note that the statutes at issue in the Rhode Island case are distinguishable from the Massachusetts statute at issue before this Court.

*Compare*, R.I.Gen.L. §§3-5-11 and 3-5-11.1, at page 22 of the addendum, with M.G.L. c. 138, §15.

The Plaintiffs in the Rhode Island action, two of whom are also plaintiffs before this Court, filed an interlocutory appeal on April 12. The First Circuit has agreed to hear this appeal on an expedited basis. Briefing by all parties will be completed by May 9, 2005. Arguments before the First Circuit are scheduled for June 7, 2005. *See* decision of timeline of the Rhode Island action on page 1 of the attached brief.

Dated: April 27, 2005

Respectfully submitted,

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.
and, JOHN HARONIAN,

By their Attorneys,

  /s/ Michael Williams
Evan T. Lawson           (BBO# 289280)
Robert J. Roughsedge  (BBO# 638180)
Michael Williams         (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987