UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEOPLES SUPER LIQUOR STORES, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   CIVIL ACTION NO. ) )   04-12219 - PBS |
| EDDIE J. JENKINS, in his capacity as Chairman of the Alcoholic Beverages Control Commission, et al., | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' ASSENTED-TO MOTION
FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

Pursuant to Local Rule 7.1(b)(3), the defendants move for leave to file the attached Supplemental Memorandum discussing the implications of a recent Supreme Court decision, Granholm v. Heald, 125 S. Ct. 1885 (May 16, 2005), for defendants' pending Motion to Dismiss. The Supreme Court issued Granholm subsequent to the May 4, 2005 oral argument on the Motion to Dismiss, and the decision bears directly on the dormant Commerce Clause claims in Count V of the First Amended Complaint. Counsel for the plaintiffs assents to this Motion, and the defendants will similarly assent to any motion for leave to file a responsive memorandum that the plaintiffs choose to file.

By their attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Pierce O. Cray
Pierce O. Cray, BBO # 104630
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2084

Dated:   June 28, 2005