UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
PEOPLES SUPER LIQUOR STORES, INC., et al.,      )
                                                )
   Plaintiffs,                                 )
                                                )
   v.                                           )     CIVIL ACTION NO.
                                                )     04-12219 - PBS
EDDIE J. JENKINS, in his capacity as Chairman   )
of the Alcoholic Beverages Control Commission, et al., )
                                                )
   Defendants.                                  )
_____)

**JOINT MOTION FOR**
**SUPPLEMENTAL BRIEFING SCHEDULE**

     Pursuant to the Court's Order of August 3, 2005, counsel notify the Court that the First Circuit has now issued its decision in Wine and Spirits Retailers, Inc. v. Rhode Island, ___ F.3d ___, 2005 WL 1876162 (1st Cir. Aug. 10, 2005). All parties also jointly move that the Court establish the following supplemental briefing schedule to allow the parties to address the impact of the First Circuit's decision in Wine and Spirits on Defendants' Motion to Dismiss:

     September 23, 2005: Initial supplemental memoranda by both plaintiffs and defendants addressing the impact of Wine and Spirits.

     October 14, 2005: Reply supplemental memoranda by both plaintiffs and defendants responding to the opposing parties' September 23 submissions.

As grounds for their proposed supplemental briefing schedule, the parties assert:

     1.    Counsel for the defendants will be out of the office on a long-planned vacation from August 22 through September 5, 2005. Prior to his departure on August 19, counsel for the

defendants must complete his work briefing dispositive motions in <u>United States v. Commonwealth</u>, Unites States District Court for the District of Massachusetts Civil Action No. 05-10112-JLT, a highly complicated preemption action brought by the Department of Justice and the national shipping industry to invalidate portions of a Massachusetts statute regulating the transport of oil in the Commonwealth's waters.  In addition, counsel for the plaintiffs will be preparing a petition for issuance of a writ of certiorari due September 14, 2005.  Counsel for the plaintiffs will also be starting a Superior Court trial on September 19, 2005.  This trial may go four weeks.  The proposed supplemental briefing schedule will accommodate counsel's various scheduling constraints and permit the implications of <u>Wine and Spirits</u> to be briefed in a thorough manner that hopefully will be of use to the Court.

2.    In addition, administrative proceedings are currently pending before the Alcoholic Beverages Control Commission that may moot this matter, making a more accelerated briefing schedule potentially wasteful of the parties' time and resources.

For the foregoing reasons, the parties respectfully request that the Court allow their Joint Motion for Supplemental Briefing Schedule.

| For the plaintiffs, | For the defendants, |
|---|---|
|  | THOMAS F. REILLY<br>ATTORNEY GENERAL |
| /s/ Michael Williams<br>Evan T. Lawson, BBO # 289280<br>Robert J. Roughsedge, BBO # 638180<br>Michael Williams, BBO # 634062<br>Lawson & Weitzen, LLP<br>88 Black Falcon Ave., Suite 345<br>Boston, MA 02210-1736<br>(617) 439-4990 | /s/ Pierce O. Cray<br>Pierce O. Cray, BBO # 104630<br>Assistant Attorney General<br>Government Bureau<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200, ext. 2084 |

Dated:   August 12, 2005