UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Peoples Liquor Mart, Inc., et al<br>　　　　Plaintiffs,<br><br>　　v.<br><br>Eddie Jenkins, et al<br>　　　　Defendants. | CIVIL ACTION<br>NO.  04-12219-PBS |

## **NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                                                          August 19, 2005

　　TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **November 7, 2005**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

　　　　　　　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Robert C. Alba_
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Copies to:  All Counsel