UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEOPLES SUPER LIQUOR STORES, INC., *et al.*

    *Plaintiffs,*

v.

EDDIE J. JENKINS, in his capacity as Chairman of the Alcoholic Beverages Control Commission, *et al.*,

    *Defendants.*

Civil Action No. 04-cv-12219-PBS

**MOTION for LEAVE to FILE REPLY to DEFENDANTS' SUPPLEMENTAL MEMORANDUM DISCUSSING the FIRST CIRCUIT' RECENT ROWE DECISION**

    The Plaintiffs move this Court for leave to file the enclosed *(Proposed) Reply to the Defendants' Supplemental Briefing Concerning the First Circuit's Recent Rowe Decision Filed In Support of Defendants' Motion to Dismiss*. As grounds for this motion, the Plaintiffs state that this Court ordered the parties to submit supplemental memoranda, limited to five pages and limited to the issue of the impact of the ABCC's recent decision. The Defendants submitted a six page memorandum that included a discussion of the First Circuit's recent decision in *Pharmaceutical Care Management Ass'n v. Rowe*, 2005 WL 2981063 (1st Cir., decided November 8, 2005).

    The Plaintiffs seek leave of this Court to file the enclosed memorandum to address the limited issue of the impact of the *Rowe* decision.

Dated: December 1, 2005

Respectfully submitted,

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.
and, JOHN HARONIAN,

By their Attorneys,

   /s/ Michael Williams
Evan T. Lawson        (BBO# 289280)
Robert J. Roughsedge  (BBO# 638180)
Michael Williams      (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

**CERTIFICATE OF SERVICE**

I, Michael Williams, hereby certify that a true copy of the above document was served upon the attorney of record for each other party.

Date: December 1, 2005

   /s/ Michael Williams