UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEOPLES SUPER LIQUOR STORES, INC., *et al.*,

    *Plaintiffs,*

v.

EDDIE J. JENKINS, in his capacity as Chairman of the Alcoholic Beverages Control Commission, *et al.*,

    *Defendants.*

Civil Action No. 04-cv-12219-PBS

**PLAINTIFFS' MOTION for RECONSIDERATION of THIS COURT'S
MAY 8, 2006 GRANTING, IN PART, DEFENDANTS' MOTION TO DISMISS**

    The Plaintiffs, Peoples Super Liquor Stores, Inc., Wine & Spirits Retailers, Inc. and, John Haronian, move this Honorable Court to reconsider the portion of its May 8, 2006 order granting, in part, Defendants' motion to dismiss concerning Plaintiffs' First Amendment freedom of Speech claim. This Court should reconsider its dismissal of Plaintiffs' freedom of speech claim for the reasons stated in the accompanying *Memorandum In Support of Plaintiffs' Motion for Reconsideration of this Court's May 8, 2006 Granting, in Part, Defendants' Motion to Dismiss*.

REQUEST FOR ORAL ARGUMENT

    It is believed that oral argument may assist the Court in its consideration of this motion. Oral argument is respectfully requested.

Respectfully submitted,

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.
and, JOHN HARONIAN,

By their Attorneys,

   /s/  Michael Williams
Evan T. Lawson      (BBO# 289280)
Robert J. Roughsedge  (BBO# 638180)
Michael Williams     (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987
MWilliams@Lawson-Weitzen.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 18, 2006.

   /s/ Michael Williams