UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
PEOPLES SUPER LIQUOR STORES, INC., et al.,  )
                                          )
    Plaintiffs,                          )
                                          )
    v.                                    )       CIVIL ACTION NO.
                                          )       04-12219 - PBS
EDDIE J. JENKINS, in his capacity as Chairman  )
of the Alcoholic Beverages Control Commission, et al.,  )
                                          )
    Defendants.                          )
_____)

## DEFENDANTS' CROSS-MOTION
## FOR RECONSIDERATION RE COUNT VI

    The defendants respectfully move for reconsideration of that portion of the Court's May 8, 2006 Memorandum and Order that declined to dismiss the ERISA preemption claims in Count VI of the First Amended Complaint. See Memorandum and Order p. 31. The defendants had argued that the Court lacks subject matter jurisdiction over the ERISA claim for reasons of ripeness and standing, but the Court did not address those threshold jurisdictional arguments. The Court instead focused exclusively on the merits of the ERISA claim, which it ultimately chose not to resolve. See id. While the defendants respect the Court's decision not to reach the substantive ERISA arguments at the present time, the defendants' separate Article III contentions should be resolved now, and they in fact dictate dismissal of the ERISA claim. For further elaboration upon these grounds, the defendants respectfully refer the Court to Section I of

Defendants' Consolidated Memorandum in Opposition to Plaintiffs' Motion for Reconsideration and in Support of Defendants' Cross-Motion for Reconsideration.

        By their attorneys,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ Pierce O. Cray
        Pierce O. Cray, BBO # 104630
        Assistant Attorney General
        Government Bureau
        One Ashburton Place
        Boston, MA 02108
        (617) 727-2200, ext. 2084

Dated:  June 1, 2006