UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEOPLES SUPER LIQUOR STORES, INC., *et al.*,

    *Plaintiffs,*

v.

EDDIE J. JENKINS, in his capacity as Chairman of the Alcoholic Beverages Control Commission, *et al.*,

    *Defendants.*

Civil Action No. 04-cv-12219-PBS

### PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT

Plaintiffs move this Honorable Court for leave to file the attached proposed *Second Amended Complaint*. The amended complaint solidifies Plaintiffs' Commerce Clause challenge to the "three store rule" and the residency requirement contained in Massachusetts General Laws, Chapter 138, Section 15. The amended complaint also expands Plaintiffs' Dormant Commerce Clause challenge to include the ban on Plaintiffs' selling its franchises into Massachusetts thereby excessively burdening interstate commerce and effectively discriminating against out-of-state businesses.

**Wherefore,** for the reasons stated in the *Memorandum In Support of Plaintiffs' motion for leave to amend their Complaint*, the Plaintiffs move this Honorable Court for leave to file the annexed *Second Amended Complaint*.

Respectfully submitted,

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.
and, JOHN HARONIAN,

By their Attorneys,

   /s/ Michael Williams
Evan T. Lawson         (BBO# 289280)
Robert J. Roughsedge   (BBO# 638180)
Michael Williams       (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987
MWilliams@Lawson-Weitzen.com

**CERTIFICATE OF SERVICE**

   I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 14, 2006.

   /s/ Michael Williams