UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Peoples Super Liquor Stores, Inc., et al
        Plaintiffs,                        CIVIL ACTION
                                              NO.   04-12219-PBS
    v.

Eddie Jenkins, et al
        Defendants.

### NOTICE OF MOTION HEARING AND SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                                       June 19, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motions for Reconsideration, and Scheduling Conference on **July 13, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                       By the Court,

                                                                      /s/ Robert C. Alba
                                                                    Deputy Clerk

Copies to:  All Counsel