UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEOPLES SUPER LIQUOR STORES, INC., *et al.*,

    *Plaintiffs,*

v.

EDDIE J. JENKINS, in his capacity as Chairman of the Alcoholic Beverages Control Commission, *et al.*,

    *Defendants.*

Civil Action No. 04-cv-12219-PBS

## ASSENTED-TO MOTION TO POSTPONE THE HEARING AND STATUS CONFERENCE PRESENTLY SCHEDULED FOR JULY 13, 2006

    This Court has scheduled the parties to appear on July 13, 2006 for a hearing on the parties' motions for reconsideration and for a status conference. Counsel for the Plaintiffs are scheduled to begin a trial in the U.S. District Court for the District of Rhode Island on July 10, 2006. All of the attorneys from this firm who are involved in the present matter will be present at the Rhode Island trial and will be unavailable on July 13, 2006. Counsel for the Defendants has assented to this motion.

    Counsel for both parties do have preplanned vacations and other courtroom commitments for certain other weeks during the summer. All counsel are available during on the following dates this summer: July 20-21, August 7-11, August 14-18, September 11-12 and September 14.

    **Wherefore**, the Plaintiffs, with the assent of the Defendants, move this Honorable Court to postpone the hearing and status conference scheduled for July 13, 2006.

Respectfully submitted,

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.
and, JOHN HARONIAN,

By their Attorneys,

ASSENTED TO:

   /s/ Michael Williams
Evan T. Lawson           (BBO# 289280)

   /s/ Pierce Cray
Robert J. Roughsedge     (BBO# 638180)
Pierce O. Cray    (BBO# 104630)
Michael Williams         (BBO# 634062)
Assistant Attorney General
Lawson & Weitzen, LLP
Government Bureau
88 Black Falcon Avenue, Suite 345
1 Ashburton Place
Boston, MA 02210-1736
Boston, MA 02108-1698
Telephone: (617) 439-4990
(617) 727-2200  ext. 2084
Facsimile:  (617) 439-3987
Pierce.Cray@ago.state.ma.us
MWilliams@Lawson-Weitzen.com