UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                         )
PEOPLES SUPER LIQUOR STORES, INC., et al.,    )
                                                       )
     Plaintiffs,                                   )
                                                       )
     v.                                       )     CIVIL ACTION NO.
                                                       )     04-12219 - PBS
EDDIE J. JENKINS, in his capacity as Chairman    )
of the Alcoholic Beverages Control Commission, et al.,    )
                                                       )
     Defendants.                                )
_____)

## DEFENDANTS' ASSENTED-TO MOTION
## FOR ONE-WEEK ENLARGEMENT OF TIME
## TO RESPOND TO MOTION TO AMEND

       The defendants respectfully move, with the assent of the plaintiffs, for a one-week enlargement of time to respond to Plaintiffs' Motion for Leave to Amend Their Complaint through and including Thursday, July 6, 2006. As grounds for their requested extension, the defendants state that the Assistant Attorney General representing them is in the midst of a very busy litigation schedule, including the massive "transit commitments" litigation, Conservation Law Foundation v. Romney, United States District Court for the District of Massachusetts Civil Action No. 05-10487-NG. Counsel for the plaintiffs has assented to the requested enlargement.

                                                          By their attorneys,

                                                          THOMAS F. REILLY
                                                          ATTORNEY GENERAL

                                                          /s/ Pierce O. Cray
                                                          Pierce O. Cray, BBO # 104630
                                                          Assistant Attorney General
                                                          Government Bureau
                                                          One Ashburton Place
                                                          Boston, MA 02108
                                                          (617) 727-2200, ext. 2084

Dated:   June 28, 2006