UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
PEOPLES SUPER LIQUOR STORES, INC., et al.,  )
)
    Plaintiffs,                                                            )
)
    v.                                                                           )    CIVIL ACTION NO.
)    04-12219 - PBS
EDDIE J. JENKINS, in his capacity as Chairman )
of the Alcoholic Beverages Control Commission, et al., )
)
    Defendants.                                                         )
_____)

**DEFENDANTS' ASSENTED-TO MOTION
FOR ENLARGEMENT OF TIME TO ANSWER
REMAINING COUNTS IN FIRST AMENDED COMPLAINT**

    The defendants respectfully move, with the assent of the plaintiffs, to enlarge their time to answer the remaining counts in the First Amended Complaint until ten days after the Court has ruled on both the pending cross-motions for reconsideration of its May 28 Memorandum and Order and the pending motion to amend. As grounds for their requested enlargement, the defendants state:

    1.    The Court's May 28 Memorandum and Order allowed Defendants' Motion to Dismiss with respect to four of the substantive counts in the First Amended Complaint (free association, free speech, takings, and equal protection) and denied it with respect to two others (ERISA preemption and dormant Commerce Clause). The plaintiffs have since moved for reconsideration of the dismissal of the free-speech count, and the defendants have cross-moved for reconsideration of the refusal to dismiss the ERISA preemption count. The Court has scheduled a hearing on these cross-motions for reconsideration on September 12, 2006.

    2.    On June 14, 2006, the plaintiffs moved for leave to file a Second Amended Complaint. The defendants have moved, with the plaintiffs' assent, for a one-week extension of time to respond to that motion to amend through and including July 6. If the Court ultimately

allows the motion to amend, then an answer or other Rule 12 response would be due to all new material in the Second Amended Complaint.  See Fed. R. Civ. P. 15(a).

     3.     It would promote judicial economy to defer the filing of an answer to the remaining counts in the First Amended Complaint until after (a) the Court has ruled on the pending reconsideration motions, which will resolve which counts in the First Amended Complaint in fact need to be answered, and (b) the Court has also ruled on the pending motion to amend, which will resolve whether there are new allegations that need to be responded to as well.  In particular, deferring the filing of an answer would increase the likelihood that only one answer will ultimately need to be filed, which would relieve the defendants of the burden of preparing multiple answers and reduce the potential for confusion in an already procedurally complex case.

     4.     Counsel for the plaintiffs has assented to the requested enlargement of time.

For the foregoing reasons, the defendants respectfully request that the Court allow Defendants' Assented-To Motion for Enlargement of Time to Respond to Remaining Counts in First Amended Complaint.

By their attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Pierce O. Cray
Pierce O. Cray, BBO # 104630
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2084

Dated:   June 28, 2006