UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Peoples Liquor Mart, Inc., et al
        Plaintiffs,          CIVIL ACTION
                  NO.  04-12219-PBS
    v.

Eddie Jenkins, et al
        Defendants.

**NOTICE OF RESCHEDULED HEARING**

SARIS, U.S.D.J.          August 25, 2006

    The Motion Hearing and Status Conference previously scheduled for September 12, 2006, has been **rescheduled** to **September 11, 2006, at 2:00 p.m.**

        By the Court,

        _/s/ Robert C. Alba_
        Deputy Clerk

Copies to:  All Counsel

resched.ntc