UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                            )
PEOPLES SUPER LIQUOR STORES, INC., et al.,    )
                                                                            )
    Plaintiffs,                                                        )
                                                                            )
    v.                                                                      )      CIVIL ACTION NO.
                                                                            )      04-12219 - PBS
EDDIE J. JENKINS, in his capacity as Chairman      )
of the Alcoholic Beverages Control Commission, et al., )
                                                                            )
    Defendants.                                                     )
_____)

## JOINT MOTION TO CONTINUE
## SEPTEMBER 11 MOTION HEARING

    All parties jointly move to continue the hearing on the various outstanding motions, which the Court recently rescheduled to September 11, 2006, to a time convenient for the Court on either September 14, October 2, or October 4-6, 2006. As grounds for their Joint Motion, the parties state as follows:

    1.    On August 25, 2006, the Court rescheduled the hearing on the various outstanding motions to September 11, 2006 at 2:00 p.m. Counsel for the defendants was out on vacation as of August 25 and did not see the Order until his return on September 5.

    2.    Counsel for the defendants has a longstanding personal commitment to pick up his three children from school on September 11 and then care for them that afternoon. The wife of counsel for the defendants is required to work late into the afternoon on two Mondays a month, and September 11 is one of those Mondays.

    3.    In addition, lead counsel for the plaintiffs is currently on trial in Suffolk Superior Court, and his trial may well be still under way on September 11.

4. Counsel for all parties are available to argue the outstanding motions at a time convenient for the Court on either September 14 or October 2 or 4-6, if any of those dates are acceptable to the Court.

For the foregoing reasons, all parties request that the Court allow their Joint Motion to Continue Motion Hearing and continue the hearing to a time convenient to the Court on either September 14 or October 2 or 4-6.

| For the plaintiffs, | For the defendants, |
|---|---|
| | THOMAS F. REILLY<br>ATTORNEY GENERAL |
| /s/ Michael Williams<br>Evan T. Lawson, BBO # 289280<br>Robert J. Roughsedge, BBO # 638180<br>Michael Williams, BBO # 634062<br>Lawson & Weitzen, LLP<br>88 Black Falcon Ave., Suite 345<br>Boston, MA 02210-1736<br>(617) 439-4990 | /s/ Pierce O. Cray<br>Pierce O. Cray, BBO # 104630<br>Assistant Attorney General<br>Government Bureau<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200, ext. 2084 |

Dated:   September 6, 2006