UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Peoples Liquor Mart, Inc., et al
Plaintiffs,
       V.                                    Civil Action Number
                                                      04-12219-PBS

Eddie Jenkins, et al
Defendants.                                   September 14, 2006

## SCHEDULING ORDER

Saris, D.J.,

Fact discovery deadline: 1/31/07

Expert reports deadline: 3/1/07

Opposing expert reports deadline: 4/1/07

Expert discovery deadline: 5/1/07

Summary Judgment Motion filing deadline: 5/15/07

Opposition to Summary Judgment Motions: 6/15/07

Hearing on Summary Judgment or Pretrial Conference: 7/11/07 at 2:00 p.m.

                                                          By the Court,

                                                          /s/ Robert C. Alba
                                                          Deputy Clerk