UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEOPLES SUPER LIQUOR STORES, INC., *et al.*,

    *Plaintiffs,*

v.

EDDIE J. JENKINS, in his capacity as Chairman of the Alcoholic Beverages Control Commission, *et al.*,

    *Defendants.*

Civil Action No. 04-cv-12219-PBS

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Following a hearing on September 14, 2006, this Court denied, without prejudice, *Plaintiffs' Motion For Leave to Amend their Complaint* (Docket entry # 37), which sought to add two additional counts and to add two additional plaintiffs. The Court denied Plaintiffs' motion for leave to amend following the admission by the Defendants that the claims contained in the two additional counts were already incorporated into the Plaintiffs' existing Commerce Clause claim. While this concession alleviates the need for the additional counts, the addition of the new plaintiffs was not addresses.

The Plaintiffs now renew their motion seeking leave to amend their complaint, but limit the request to the addition of the new plaintiffs. As grounds for this motion, the Plaintiffs note that standing is a jurisdictional issue that must be considered at each phase of the litigation and appeal of a matter. The addition of an out-of-state retail liquor business seeking to enter the Massachusetts market and of a Massachusetts retail liquor business seeking to enter into the relationships barred by the challenged provisions ensures that standing will not become a procedural barrier to resolving the Plaintiffs' constitutional claims at some point in the future.

The Plaintiffs have eliminated all references to additional claims from their proposed amendment to the complaint. The *(Revised Proposed) Second Amended Complaint* appended to this motion is limited to establishing the identity and involvement of these proposed new plaintiffs.

Permitting this amendment will not prejudice the Defendants as discovery has not yet been taken and will not delay this matter. The issues to be addressed in discovery relate to the statutory purpose and effect, not the specific characteristics of the plaintiff entities. Therefore, the presence of these additional plaintiffs should not significantly increase the amount of discovery to be taken.

WHEREFORE, the Plaintiffs request leave of this Honorable Court to file the appended *(Revised Proposed) Second Amended Complaint*.

          Respectfully submitted,

          PEOPLES SUPER LIQUOR STORES, INC.,
          WINE & SPIRITS RETAILERS, INC.
          and JOHN HARONIAN,

          by their attorneys,

          /s/ Michael Williams
          Evan T. Lawson         (BBO# 289280)
          Robert J. Roughsedge   (BBO# 638180)
          Michael Williams       (BBO# 634062)
          Lawson & Weitzen, LLP
          88 Black Falcon Avenue, Suite 345
          Boston, MA 02210-1736
          Telephone: (617) 439-4990
          Facsimile:  (617) 439-3987
          MWilliams@Lawson-Weitzen.com

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Defendants, Pierce Cray, on September 21, 2006 in a good-faith effort to resolve this motion.

          /s/ Michael Williams

**CERTIFICATE OF SERVICE**

    I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 21, 2006.

                                                                  /s/ Michael Williams