UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEOPLE'S SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.,
JOHN HARONIAN, DW&S – Fall River, Inc.
d/b/a Tanza Wine & Spirits, and DOUGLAS
WINE & SPIRITS – CRANSTON, INC.

     *Plaintiffs,*

*v.*

EDDIE J. JENKINS, in his capacity as
Chairman of the Alcoholic Beverages
Control Commission, SUZANNE IANNELLA
and ROBERT CRONIN, in their capacities as
Commissioners of the Alcoholic Beverages
Control Commission,

     *Defendants.*

Civil Action No. 04-cv-12219-PBS

**(REVISED PROPOSED) SECOND AMENDED COMPLAINT**

33.     DW&S – FALL RIVER, INC. d/b/a TANZA WINE & SPIRITS is a corporation

organized under the laws of Massachusetts.  DW&S – FALL RIVER operates a liquor store in

Fall River, Massachusetts.

34.     DW&S – FALL RIVER seeks permission to do business as a franchisee of WINE &

SPIRITS RETAILERS, INC. or alternatively to enter into consulting, name use, joint advertising

and joint insurance agreements with WINE & SPIRITS RETAILERS, INC., PEOPLE'S SUPER

LIQUOR STORES, INC. and DOUGLAS WINE & SPIRITS – CRANSTON.  Based on the

language of Section 15 of Chapter 138, DW&S – FALL RIVER is currently being prevented

from paying fees from these services with funds that are derived in any part from its sale of

alcoholic beverages.

35.    DOUGLAS WINE & SPIRITS – CRANSTON, INC. is a corporation organized under the laws of Rhode Island.   DOUGLAS WINE & SPIRITS – CRANSTON operates a liquor store in Cranston, Rhode Island.

36.    DOUGLAS WINE & SPIRITS – CRANSTON seeks to expand its liquor store business into Massachusetts, but is prevented from doing so by Section 15 of Chapter 138.

37.    If DOUGLAS WINE & SPIRITS – CRANSTON is permitted to expand its liquor store business into Massachusetts, it will seek to operate those Massachusetts stores as franchisees of WINE & SPIRITS RETAILERS, INC. or alternatively to enter into consulting, name use, joint advertising and joint insurance agreements with WINE & SPIRITS RETAILERS, INC., PEOPLE'S SUPER LIQUOR STORES, INC. and DW&S – FALL RIVER.  Based on the language of Section 15 of Chapter 138, DOUGLAS WINE & SPIRITS – CRANSTON would be prevented from paying fees from these services with funds that are derived in any part from its sale of alcoholic beverages.

38.    As liquor stores, the majority of revenue these stores generate will be from the sale of alcoholic beverages.

39.    DW&S – FALL RIVER and DOUGLAS WINE & SPIRITS – CRANSTON will pay WINE & SPIRITS RETAILERS, INC. for the advertising services.  WINE & SPIRITS RETAILERS, INC. will charge a fee for these services in excess of the actual cost of the advertising.  In defining the kinds of "beneficial interest" restricted by Section 15 of Chapter 138, the ABCC has previously stated, "[t]he Commission may read these statutes together to prohibit third parties and section 15 licensees from receiving or paying a fee above the actual cost of publication of the joint advertisement conducted in compliance with section 24 of chapter 138."

40.     DW&S – FALL RIVER and DOUGLAS WINE & SPIRITS – CRANSTON will work together with PEOPLE'S SUPER LIQUOR STORES, INC. and WINE & SPIRITS RETAILERS, INC. to acquire the cheaper umbrella insurance policies.

41.     The Plaintiffs are engaged in interstate commerce both in the form of the interstate purchase sale of franchises and through the sale of alcoholic beverages – a product that travels in interstate commerce.

Respectfully submitted,

PEOPLES SUPER LIQUOR STORES, INC.,
WINE & SPIRITS RETAILERS, INC.
and, JOHN HARONIAN,

By their Attorneys,


     /s/ Michael Williams
Evan T. Lawson          (BBO# 289280)
Robert J. Roughsedge   (BBO# 638180)
Michael Williams        (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Dated: September 21, 2006      Facsimile:  (617) 439-3987