UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
PEOPLES SUPER LIQUOR STORES, INC., et al.,  )
                                            )
    Plaintiffs,                             )
                                            )
    v.                                      )        CIVIL ACTION NO.
                                            )        04-12219 - PBS
EDDIE J. JENKINS, in his capacity as Chairman )
of the Alcoholic Beverages Control Commission, et al., )
                                            )
    Defendants.                             )
_____)

## DEFENDANTS' ASSENTED-TO MOTION FOR FOUR-DAY ENLARGEMENT OF TIME TO ANSWER REMAINING COUNTS IN FIRST AMENDED COMPLAINT

    The defendants respectfully move, with the assent of the plaintiffs, to enlarge their time to answer the remaining counts in the First Amended Complaint by a period of four days through and including Friday, September 29, 2006. As grounds for their requested enlargement, the defendants state:

    1.    By terms of the Court's electronic Order entered on July 6, 2006, an answer to the counts currently remaining in the First Amended Complaint is due on September 25, 2006.

    2.    Counsel for the defendants has had a busy recent litigation schedule, including argument of a highly complex corporate excise tax case in the Massachusetts Appeals Court on September 20, 2006. Counsel needs the requested four-day enlargement to prepare an appropriate answer to the First Amended Complaint.

    3.    Counsel for the plaintiffs has assented to the requested four-day extension.

      For the foregoing reasons, the defendants respectfully request that the Court allow Defendants' Assented-To Motion for Four-Day Enlargement of Time to Answer Remaining Counts in First Amended Complaint.

                                       By their attorneys,

                                       THOMAS F. REILLY
                                       ATTORNEY GENERAL

                                       /s/ Pierce O. Cray
                                       Pierce O. Cray, BBO # 104630
                                       Assistant Attorney General
                                       Government Bureau
                                       One Ashburton Place
                                       Boston, MA 02108
                                       (617) 727-2200, ext. 2084

Dated:   September 25, 2006