UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEOPLES SUPER LIQUOR STORES, INC., WINE & SPIRITS RETAILERS, INC., and JOHN HARONIAN, <br><br> Plaintiffs, <br><br> v. <br><br> EDDIE J. JENKINS, in his capacity as Chairman of the ALCOHOLIC BEVERAGES CONTROL COMMISSION, SUZANNE IANNELLA and ROBERT CRONIN, in their capacities as Commissioners of the ALCOHOLIC BEVERAGES CONTROL COMMISSION, <br><br> Defendants, <br><br> v. <br><br> WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS and MASSACHUSETTS WHOLESALERS OF MALT BEVERAGES, INC., <br><br> Defendants/Intervenors. | 04-CV-12219-PBS |

## WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS AND MASSACHUSETTS WHOLESALERS OF MALT BEVERAGES, INC.'S MOTION TO INTERVENE AS DEFENDANTS

Wine & Spirits Wholesalers of Massachusetts and Massachusetts Wholesalers of Malt Beverages, Inc. (collectively, the "Wholesalers") hereby move, pursuant to Fed. R. Civ. P. 24, for leave to intervene as defendants in this action. The grounds for the motion are more fully stated in the Wholesalers' Memorandum of Law, which is being filed herewith. In summary, these grounds are as follows:

The Attorney General's Office assents to the Wholesalers' intervening as defendants in this action. The Wholesalers' participation will not prejudice the plaintiffs.

The Wholesalers support the three-license limit established by Mass. G.L. Chapter 138, §15. The Wholesalers will join in the Answer filed by the Attorney General.

(a) The Wholesalers may intervene as of right under Fed. R. Civ. P. 24(a), because:

1. The Wholesalers have an interest relating to the subject of this action;

2. The Wholesalers are so situated that the disposition of this action, as a practical matter, will impair or impede their ability to protect their interests;

3. The Wholesalers' interests are not adequately represented by the existing parties in this action; and

4. The Wholesalers' application is timely under the circumstance.

(b) In the alternative, the Wholesalers should be permitted to intervene under Fed. R. Civ. P. 24(b), because:

1. The Wholesalers' participation will enhance the development and presentation of the issues in this litigation;

2. The Wholesalers' defense and the defense currently asserted in this case present common questions of law and fact;

3. The Wholesalers' intervention will not prejudice the adjudication of the rights of the original parties; and

4. The Wholesalers' intervention will not delay the adjudication of the rights of the original parties.

## REQUEST FOR ORAL ARGUMENT

The Wholesalers request oral argument on this motion.

## CONCLUSION

**WHEREFORE,** the Wholesalers respectfully request that the Court grant them leave to intervene as defendants in this action.

WINE & SPIRITS WHOLESALERS OF
MASSACHUSETTS and MASSACHUSETTS
WHOLESALERS OF MALT BEVERAGES, INC.

By their attorneys,

/s/ Robert S. Frank, Jr.
Robert S. Frank, Jr. (BBO No. 177240)
Robert M. Buchanan, Jr. (BBO No. 545910)
Christopher R. Blazejewski (BBO No. 665258)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

Date:  December 6, 2006

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to United States District Court Local Rule 7.1(A)(2), I certify that counsel for the Wholesalers has conferred with counsel for plaintiffs and defendants and attempted in good faith to resolve or narrow the issues raised in this Motion. Defendants assent to this Motion. The plaintiffs do not assent.

/s/ Robert S. Frank, Jr.

Date:   December 6, 2006

## CERTIFICATE OF SERVICE

I, Robert S. Frank, Jr., hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 6, 2006.

/s/ Robert S. Frank, Jr.