UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEOPLES SUPER LIQUOR STORES, INC., WINE & SPIRITS RETAILERS, INC., and JOHN HARONIAN,<br><br>        Plaintiffs,<br><br>v.<br><br>EDDIE J. JENKINS, in his capacity as Chairman of the ALCOHOLIC BEVERAGES CONTROL COMMISSION, SUZANNE IANNELLA and ROBERT CRONIN, in their capacities as Commissioners of the ALCOHOLIC BEVERAGES CONTROL COMMISSION,<br><br>        Defendants,<br><br>v.<br><br>WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS and MASSACHUSETTS WHOLESALERS OF MALT BEVERAGES, INC.,<br><br>        Defendants/Intervenors. | CIVIL ACTION<br>NO. 04-CV-12219-PBS |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for Wine & Spirits Wholesalers of Massachusetts and Massachusetts Wholesalers of Malt Beverages, Inc.

Respectfully submitted,

WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS and MASSACHUSETTS WHOLESALERS OF MALT BEVERAGES, INC.

by its attorney


/s/ Christopher R. Blazejewski
Christopher R. Blazejewski (BBO No. 665258)

CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone:    (617) 248-5000
Facsimile:    (617) 248-4000

Dated: December 6, 2006

## CERTIFICATE OF SERVICE

I, Christopher R. Blazejewski, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 6, 2006.

/s/ Christopher R. Blazejewski

4151914v1