UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2006 DEC -7  P 12: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PEOPLE'S SUPER LIQUOR STORES, INC., WINE & SPIRITS RETAILERS, INC., and JOHN HARONIAN, <br><br> Plaintiffs, <br><br> v. <br><br> EDDIE JENKINS, in his capacity as Chairman of the Alcoholic Beverages Control Commission, SUZANNE IANELLA and ROBERT CRONIN, in their capacities as Commissioners of the Alcoholic Beverages Control Commission, <br><br> Defendants. | Civil Action <br> No. 04-CV-12219-PBS |

**MOTION OF MASSACHUSETTS PACKAGE STORES ASSOCIATION, INC. TO INTERVENE AS OF RIGHT PURSUANT TO FED. R. CIV. P. 24(a)(2)**

The Massachusetts Package Stores Association, Inc. (hereinafter "MassPack") hereby moves to intervene as Defendant in this action and asserts in support the following:

1. MassPack's members have a direct and substantial interest relating to the issues which are the subject of this action;

2. MassPack's members are so situated that the disposition of this action will impair or impede their ability to protect their interests;

3. The interests of MassPack's members are not adequately represented by the existing parties in this action; and

4. MassPack's intervention is timely and will not hinder the Court's consideration of Plaintiffs' request for relief.

5. The Defendants have assented to this motion.

Should the Court determine that these elements are not present, MassPack alternatively requests that permissive intervention be granted pursuant to Fed. R. Civ. P. 24(b).

In further support of this motion, MassPack respectfully directs the Court's attention to the accompanying memorandum of law.

WHEREFORE, MassPack respectfully requests that the Court grant its motion to intervene as of right pursuant to Fed. R. Civ. P. 24(a)(2).

### RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2) of this Court, undersigned counsel hereby certifies that he has conferred with counsel for the plaintiffs and has attempted in good faith to resolve or narrow the issues raised by this motion.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(D) of this court, MassPack respectfully requests that the Court grant oral argument on this motion.

Respectfully submitted,

MASSACHUSETTS PACKAGE
STORES ASSOCIATION, INC.

By its attorneys,

_____
Bruce A. Singal, BBO #464420
Richard Goldstein, BBO #565482
**DONOGHUE, BARRETT & SINGAL, P.C.**
One Beacon Street, Suite 1320
Boston, Massachusetts 02108
(617) 720-5090

Dated: December 7, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused the forgoing document and the accompanying memorandum of law to be served on all counsel of record by first class mail, postage per-paid on the date set forth above.

*Richard Goldstein*
Richard Goldstein