UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEOPLES SUPER LIQUOR STORES, INC., WINE & SPIRITS RETAILERS, INC., and JOHN HARONIAN,<br><br>Plaintiffs,<br><br>v.<br><br>EDDIE J. JENKINS, in his capacity as Chairman of the ALCOHOLIC BEVERAGES CONTROL COMMISSION, SUZANNE IANNELLA and ROBERT CRONIN, in their capacities as Commissioners of the ALCOHOLIC BEVERAGES CONTROL COMMISSION,<br><br>Defendants,<br><br>v.<br><br>WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS and MASSACHUSETTS WHOLESALERS OF MALT BEVERAGES, INC.,<br><br>Defendants/Intervenors. | CIVIL ACTION<br>NO. 04-CV-12219-PBS |

**WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS AND
MASSACHUSETTS WHOLESALERS OF MALT BEVERAGES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Wine & Spirits Wholesalers of Massachusetts and Massachusetts Wholesalers of Malt Beverages, Inc. state as follows:

1. Wine & Spirits Wholesalers of Massachusetts does not issue stock to the public. It does not have any parent corporation, and no publicly held company owns any more than 10% of its stock. It is a non-profit corporation.

2. Massachusetts Wholesalers of Malt Beverages, Inc. does not issue stock to the public. It does not have any parent corporation. There is no publicly

held company that owns 10% or more of its stock. One of its members is Anheuser-Busch, which is publicly traded.

>Respectfully submitted,
>
>WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS and MASSACHUSETTS WHOLESALERS OF MALT BEVERAGES, INC.
>
>By its attorneys,
>
>/s/ Christopher R. Blazejewski
>Robert S. Frank, Jr. (BBO No. 177240)
>Robert M. Buchanan, Jr. (BBO No. 545910)
>Christopher R. Blazejewski (BBO No. 665258)
>CHOATE, HALL & STEWART LLP
>Two International Place
>Boston, MA 02110

Date: December 15, 2006          (617) 248-5000

## CERTIFICATE OF SERVICE

I, Christopher R. Blazejewski, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 15, 2006.

/s/ Christopher R. Blazejewski