UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEOPLE'S SUPER LIQUOR STORES, INC., WINE & SPIRITS RETAILERS, INC., and JOHN HARONIAN,<br><br>Plaintiffs,<br><br>v.<br><br>EDDIE JENKINS, in his capacity as Chairman of the Alcoholic Beverages Control Commission, SUZANNE IANELLA and ROBERT CRONIN, in their capacities as Commissioners of the Alcoholic Beverages Control Commission,<br><br>Defendants,<br><br>and<br><br>MASSACHUSETTS PACKAGE STORES ASSOCIATION, INC.,<br><br>Defendant-Proposed Intervenor. | CIVIL ACTION<br>No. 04-CV-12219-PBS |

### STATEMENT OF MASSACHUSETTS PACKAGE STORES ASSOCIATION, INC. PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, the Massachusetts Package Stores Association, Inc. (hereinafter "MassPack") states as follows:

1. MassPack does not issue stock to the public. It is a not for profit corporation. It does not have a parent corporation and no publicly held corporation owns more than 10% of MassPacks's stock.

Respectfully submitted,

MASSACHUSETTS PACKAGE
STORES ASSOCIATION, INC.

By its attorneys,

/s/ Richard Goldstein
Bruce A. Singal, BBO #464420
Richard Goldstein, BBO #565482
DONOGHUE, BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, Massachusetts 02108
(617) 720-5090

Dated: December 22, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on December 22, 2006.

/s/ Richard Goldstein
Richard Goldstein