UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
PEOPLES SUPER LIQUOR STORES, INC., WINE &   )
SPIRITS RETAILERS, INC., and JOHN HARONIAN, )
                                            )
              Plaintiffs,                   )
v.                                          )
                                            )
EDDIE J. JENKINS, in his capacity as Chairman of the )
ALCOHOLIC BEVERAGES CONTROL                 )
COMMISSION, SUZANNE IANNELLA and ROBERT )
CRONIN, in their capacities as Commissioners of the )
ALCOHOLIC BEVERAGES CONTROL                 )
COMMISSION,                                 )
              Defendants,                   )
                                            )   CIVIL ACTION
v.                                          )   NO. 04-CV-12219-PBS
                                            )
WINE & SPIRITS WHOLESALERS OF               )
MASSACHUSETTS and MASSACHUSETTS             )
WHOLESALERS OF MALT BEVERAGES, INC.,        )
                                            )
              Defendants/Intervenors,       )
v.                                          )
                                            )
MASSACHUSETTS PACKAGE STORES                )
ASSOCIATION, INC.,                          )
                                            )
              Defendant/Intervenor.         )
_____ )

**ASSENTED-TO MOTION BY THE WHOLESALERS' FOR LEAVE
TO FILE REPLY MEMORANDUM**

Pursuant to Local Rule 7.1(B)(3), Wine & Spirits Wholesalers of Massachusetts and Massachusetts Wholesalers of Malt Beverages, Inc. (collectively, the "Wholesalers") hereby move this Court for leave to file a memorandum in reply to the Plaintiffs' Memorandum in Opposition to the Wholesalers' Motion to Intervene. The Reply Memorandum is limited to a response to the arguments set forth in the Plaintiffs' Opposition Memorandum. It is limited to 13 pages. As grounds for this Motion, the

Wholesalers state that their Reply Memorandum will aid the Court in deciding the pending motion to intervene. All parties have assented to this Motion.

                Respectfully submitted,

                WINE & SPIRITS WHOLESALERS OF
                MASSACHUSETTS and MASSACHUSETTS
                WHOLESALERS OF MALT BEVERAGES, INC.

                By its attorneys,


                */s/ Robert M. Buchanan, Jr.*_____
                Robert S. Frank, Jr. (BBO No. 177240)
                Robert M. Buchanan, Jr. (BBO No. 545910)
                Christopher R. Blazejewski (BBO No. 665258)
                CHOATE, HALL & STEWART LLP
                Two International Place
                Boston, MA 02110
Date:  January 4, 2007          (617) 248-5000

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to United States District Court Local Rule 7.1(A)(2), I certify that counsel for the Wholesalers has conferred with counsel for plaintiffs and defendants and attempted in good faith to resolve or narrow the issues raised in this Motion. All parties have assented to this Motion.

*/s/ Robert M. Buchanan, Jr.*
Robert M. Buchanan, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 4, 2007.

*/s/ Stacy L. Blasberg*
Stacy L. Blasberg

Case 1:04-cv-12219-PBS   Document 66   Filed 01/04/2007   Page 4 of 4