UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEOPLE'S SUPER LIQUOR STORES, INC., WINE & SPIRITS RETAILERS, INC., and JOHN HARONIAN,<br><br>      Plaintiffs,<br><br>v.<br><br>EDDIE JENKINS, in his capacity as Chairman of the Alcoholic Beverages Control Commission, SUZANNE IANELLA and ROBERT CRONIN, in their capacities as Commissioners of the Alcoholic Beverages Control Commission,<br><br>      Defendants,<br><br>and<br><br>MASSACHUSETTS PACKAGE STORES ASSOCIATION, INC.,<br><br>      Defendant-Proposed Intervenor,<br><br>and<br><br>WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS and MASSACHUSETTS WHOLESALERS OF MALT BEVERAGES, INC.,<br><br>      Defendants-Proposed Intervenors. | CIVIL ACTION<br>No. 04-CV-12219-PBS |

**ASSENTED TO MOTION OF MASSPACK TO FILE A REPLY
MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO INTERVENE**

      The Massachusetts Package Stores Association, Inc. (hereinafter "MassPack") hereby moves for leave, pursuant to Local Rule 7.1(B)(3), to file a reply memorandum in further support of its motion to intervene. The reply memorandum is limited to arguments raised in the

Plaintiffs' opposition to MassPack's motion to intervene, it incorporates by reference a number of arguments already asserted by the Wine & Spirits Wholesalers Of Massachusetts and Massachusetts Wholesalers Of Malt Beverages, Inc., and it will aid the Court in deciding Masspack's motion.

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned counsel has conferred with counsel for all parties and all have assented to this motion.

> Respectfully submitted,
>
> MASSACHUSETTS PACKAGE
> STORES ASSOCIATION, INC.
>
> By its attorneys,
>
>    */s/ Richard Goldstein*
> Bruce A. Singal, BBO #464420
> Richard Goldstein, BBO #565482
> DONOGHUE, BARRETT & SINGAL, P.C.
> One Beacon Street, Suite 1320
> Boston, Massachusetts 02108
> (617) 720-5090

Dated: January 8, 2007

### **CERTIFICATE OF SERVICE**

I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Filing (NEF) on January 8, 2007.

>    */s/ Richard Goldstein*
> Richard Goldstein