UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| PEOPLES SUPER LIQUOR STORES, INC., WINE & SPIRITS RETAILERS, INC., and JOHN HARONIAN, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| EDDIE J. JENKINS, in his capacity as Chairman of the ALCOHOLIC BEVERAGES CONTROL COMMISSION, SUZANNE IANNELLA and ROBERT CRONIN, in their capacities as Commissioners of the ALCOHOLIC BEVERAGES CONTROL COMMISSION, | ) ) ) ) ) ) |
| Defendants, | ) |
| v. | ) ) ) |
| WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS and BEER DISTRIBUTORS OF MASSACHUSETTS, INC., | ) ) ) |
| Defendants/Intervenors, | ) |
| v. | ) ) |
| MASSACHUSETTS PACKAGE STORES ASSOCIATION, INC., | ) ) ) |
| Defendant/Intervenor. | ) ) |

CIVIL ACTION
NO. 04-CV-12219-PBS

_____

## NOTICE OF NAME CHANGE

Notice is hereby given that the defendant/intervenor formerly known as Massachusetts Wholesalers of Malt Beverages, Inc. has changed its name to Beer Distributors of Massachusetts, Inc.

Respectfully submitted,

BEER DISTRIBUTORS OF MASSACHUSETTS, INC.

By its attorneys,

/s/ Christopher R. Blazejewski
Robert S. Frank, Jr. (BBO No. 177240)
Robert M. Buchanan, Jr. (BBO No. 545910)
Christopher R. Blazejewski (BBO No. 665258)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Date:  January 17, 2007    (617) 248-5000

## CERTIFICATE OF SERVICE

I, Christopher R. Blazejewski, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 17, 2007.


/s/ Christopher R. Blazejewski

4165100v1