UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

PEOPLES SUPER LIQUOR STORES, INC., WINE & )
SPIRITS RETAILERS, INC., and JOHN HARONIAN, )
)
             Plaintiffs, )
v. )
)
EDDIE J. JENKINS, in his capacity as Chairman of the )
ALCOHOLIC BEVERAGES CONTROL )
COMMISSION, SUZANNE IANNELLA and ROBERT )
CRONIN, in their capacities as Commissioners of the )
ALCOHOLIC BEVERAGES CONTROL )
COMMISSION, )
             Defendants, )
) CIVIL ACTION
v. ) NO. 04-CV-12219-PBS
)
WINE & SPIRITS WHOLESALERS OF )
MASSACHUSETTS and BEER DISTRIBUTORS OF )
MASSACHUSETTS, INC., )
)
             Defendants/Intervenors, )
v. )
)
MASSACHUSETTS PACKAGE STORES )
ASSOCIATION, INC., )
)
             Defendant/Intervenor. )
)
_____

**THE WHOLESALERS' REVISED CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Local Rule 7.3(A), the Wholesalers, which have moved to intervene as defendants, submitted their Corporate Disclosure Statement on December 15, 2006. Pursuant to Local Rule 7.3(B), the Wholesalers now submit this revised Corporate Disclosure Statement in order to note one change in the required information. It has recently come to the attention of counsel that Massachusetts Wholesalers of Malt Beverages, Inc. had previously changed its name to Beer Distributors of Massachusetts, Inc. There is no other change in the information that was provided in our disclosure statement of December 15, 2006.

Accordingly, the Wholesalers restate their corporate disclosure, pursuant to Local Rule 7.3, as follows:

1. Wine & Spirits Wholesalers of Massachusetts does not issue stock to the public. It does not have any parent corporation, and no publicly held company owns any more than 10% of its stock. It is a non-profit corporation.

2. Beer Distributors of Massachusetts, Inc. does not issue stock to the public. It does not have any parent corporation. There is no publicly held company that owns 10% or more of its stock. One of its members is Anheuser-Busch, which is publicly traded.

        Respectfully submitted,

        WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS and BEER DISTRIBUTORS OF MASSACHUSETTS, INC.

        By their attorneys,

        /s/ Christopher R. Blazejewski
        Robert S. Frank, Jr. (BBO No. 177240)
        Robert M. Buchanan, Jr. (BBO No. 545910)
        Christopher R. Blazejewski (BBO No. 665258)
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, MA 02110

Date: January 19, 2007        (617) 248-5000

**CERTIFICATE OF SERVICE**

    I, Christopher R. Blazejewski, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 19, 2007.

                                            /s/ Christopher R. Blazejewski

4160880v1