UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
PEOPLES SUPER LIQUOR STORES, INC., *et al.*, )
                                            )
    Plaintiffs,                            )
                                            )
    v.                                      )    CIVIL ACTION NO.
                                            )    04-12219 - PBS
EDDIE J. JENKINS, in his capacity as Chairman )
of the Alcoholic Beverages Control Commission, *et al.*, )
                                            )
    Defendants,                             )
                                            )
MASSACHUSETTS PACKAGE STORE               )
ASSOCIATION, INC., Intervenor-Defendant, and )
                                            )
WINE & SPIRITS WHOLESALERS OF              )
MASSACHUSETTS, *et al.*, Intervenor-Defendants. )
_____)

**JOINT MOTION FOR ENTRY OF**
**REVISED SCHEDULING ORDER**

       Pursuant to the Court's electronic Order of January 23, 2007, all parties to the above-captioned action respectfully request that the Court enter the [Proposed] Revised Scheduling Order attached hereto as Exhibit A. The attached proposed Order sets interim discovery and briefing deadlines consistent with the September 12, 2007 date that the Court has set for a summary judgment hearing or (if summary judgment motions are ultimately not filed) pretrial conference in this action. The proposed Order follows the exact form of the Court's earlier September 14, 2006 Scheduling Order, with only the constituent dates changed.

For the foregoing reasons, all parties respectfully request that the Court allow their Joint Motion for Entry of Revised Scheduling Order and enter the attached proposed Order as an Order of the Court.

| For the Plaintiffs, | For the Defendants, |
|---|---|
|  | MARTHA COAKLEY<br>ATTORNEY GENERAL |
| /s/ Michael Williams<br>Evan T. Lawson, BBO # 289280<br>Robert J. Roughsedge, BBO # 638180<br>Michael Williams, BBO # 634062<br>Lawson & Weitzen, LLP<br>88 Black Falcon Ave., Suite 345<br>Boston, MA 02210-1736<br>(617) 439-4990 | /s/ Pierce O. Cray<br>Pierce O. Cray, BBO # 104630<br>Assistant Attorney General<br>Government Bureau<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200, ext. 2084 |
| For the Intervenor-Defendant Wholesalers, | For the Intervenor-Defendant Retailers, |
| /s/ Robert M. Buchanan, Jr<br>Robert S. Frank, Jr., BBO # 177240<br>Robert M. Buchanan, Jr., BBO # 545910<br>Christopher R. Blazejewski, BBO # 665258<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA  02110<br>(617) 248-5000 | /s/ Richard Goldstein<br>Bruce A. Singal, BBO # 464420<br>Richard Goldstein, BBO # 565482<br>DONOGHUE, BARRETT & SINGAL, P.C.<br>One Beacon Street, Suite 1320<br>Boston, MA  02108<br>(617) 720-5090 |

Dated:   January 24, 2007