UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
PEOPLES SUPER LIQUOR STORES, INC., *et al.*,  )
                                            )
    Plaintiffs,                             )
                                            )
    v.                                      )    CIVIL ACTION NO.
                                            )    04-12219 - PBS
EDDIE J. JENKINS, in his capacity as Chairman )
of the Alcoholic Beverages Control Commission, *et al.*, )
                                            )
    Defendants,                             )
                                            )
MASSACHUSETTS PACKAGE STORE               )
ASSOCIATION, INC., Intervenor-Defendant, and )
                                            )
WINE & SPIRITS WHOLESALERS OF             )
MASSACHUSETTS, *et al.*, Intervenor-Defendants. )
_____)

## [PROPOSED] REVISED SCHEDULING ORDER

Saris, D.J.,

Fact discovery deadline:  3/30/07

Expert reports deadline:  5/1/07

Opposing expert reports deadline:  6/1/07

Expert discovery deadline:  6/29/07

Summary Judgment Motion filing deadline:  7/16/07

Opposition to Summary Judgment Motions:  8/16/07

Hearing on Summary Judgment or Pretrial Conference:  9/12/07 at 2:00 p.m.

                                                              By the Court,

                                                               /s/ Robert C. Alba
                                                              Deputy Clerk