UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEOPLES SUPER LIQUOR STORES, INC., *et al.*,  )<br>  )<br>　　Plaintiffs,  )<br>  )<br>　　v.  )<br>  )<br>EDDIE J. JENKINS, in his capacity as Chairman  )<br>of the Alcoholic Beverages Control Commission, *et al.*,  )<br>  )<br>　　Defendants,  )<br>  )<br>MASSACHUSETTS PACKAGE STORE  )<br>ASSOCIATION, INC., Intervenor-Defendant, and  )<br>  )<br>WINE & SPIRITS WHOLESALERS OF  )<br>MASSACHUSETTS, *et al.*, Intervenor-Defendants.  )<br>　　　　　　　　　　　　　　　　　　　　　　　　) | CIVIL ACTION NO.<br>04-12219 - PBS |

## ~~[redacted]~~ REVISED SCHEDULING ORDER

Saris, D.J.,

Fact discovery deadline: 3/30/07

Expert reports deadline: 5/1/07

Opposing expert reports deadline: 6/1/07

Expert discovery deadline: 6/29/07

Summary Judgment Motion filing deadline: 7/16/07

Opposition to Summary Judgment Motions: 8/16/07

Hearing on Summary Judgment or Pretrial Conference: 9/12/07 at 2:00 p.m.

　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　/s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　JANUARY 25, 2007