UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEOPLES SUPER LIQUOR STORES, INC., WINE & SPIRITS RETAILERS, INC., and JOHN HARONIAN,<br><br>        Plaintiffs,<br>v.<br><br>EDDIE J. JENKINS, in his capacity as Chairman of the ALCOHOLIC BEVERAGES CONTROL COMMISSION, SUZANNE IANNELLA and ROBERT CRONIN, in their capacities as Commissioners of the ALCOHOLIC BEVERAGES CONTROL COMMISSION,<br>        Defendants,<br>v.<br><br>WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS and BEER DISTRIBUTORS OF MASSACHUSETTS, INC.,<br><br>        Defendants/Intervenors,<br>v.<br><br>MASSACHUSETTS PACKAGE STORES ASSOCIATION, INC.,<br><br>        Defendant/Intervenor. | CIVIL ACTION<br>NO. 04-CV-12219-PBS |

**THE WHOLESALERS' ANSWER TO FIRST AMENDED COMPLAINT**

Defendants-Intervenors Wine & Spirits Wholesalers of Massachusetts and Beer Distributors of Massachusetts, Inc. (collectively, the "Wholesalers"), for their Rule 12 response to the First Amended Complaint, hereby state that they join in the Answer filed by the original Defendants on September 29, 2002, a copy of which is attached as Exhibit A.

WINE & SPIRITS WHOLESALERS OF
MASSACHUSETTS and BEER DISTRIBUTORS
OF MASSACHUSETTS, INC.

By their attorneys,

/s/ Robert M. Buchanan, Jr.
Robert S. Frank, Jr. (BBO No. 177240)
Robert M. Buchanan, Jr. (BBO No. 545910)
Christopher R. Blazejewski (BBO No. 665258)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110

Date: February 7, 2007          (617) 248-5000

## CERTIFICATE OF SERVICE

I, Robert M. Buchanan, Jr., hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 7, 2007.

/s/ Robert M. Buchanan, Jr.

4168111v1