UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEOPLE'S SUPER LIQUOR STORES, INC., WINE & SPIRITS RETAILERS, INC., and JOHN HARONIAN,<br><br>Plaintiffs,<br><br>v.<br><br>EDDIE JENKINS, in his capacity as Chairman of the ALCOHOLIC BEVERAGES CONTROL COMMISSION, SUZANNE IANELLA and ROBERT CRONIN, in their capacities as Commissioners of the ALCOHOLIC BEVERAGES CONTROL COMMISSION,<br><br>Defendants,<br><br>v.<br><br>WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS and BEER DISTRIBUTORS OF MASSACHUSETTS, INC.,<br>Defendants/Intervenors,<br><br>and<br><br>MASSACHUSETTS PACKAGE STORES ASSOCIATION, INC.,<br><br>Defendant/Intervenor. | CIVIL ACTION<br>No. 04-CV-12219-PBS |

**MASSACHUSETTS PACKAGE STORES ASSOCIATION, INC.'S
<u>ANSWER TO THE FIRST AMENDED COMPLAINT</u>**

Defendant-Intervenor Massachusetts Package Stores Associations Inc. ("MassPack") for

its Answer to the First Amended Complaint, hereby states that it joins in the Answer filed by

Defendants Edie J. Jenkins, Suzanne Ianella and Robert Cronin on September 29, 2002.

                       Respectfully submitted,

                       MASSACHUSETTS PACKAGE
                       STORES ASSOCIATION, INC.

                       By its attorneys,

                       */s/ Richard Goldstein*_____
                       Bruce A. Singal, BBO #464420
                       Richard Goldstein, BBO #565482
                       DONOGHUE, BARRETT & SINGAL, P.C.
                       One Beacon Street, Suite 1320
                       Boston, Massachusetts 02108
                       (617) 720-5090

Dated: February 8, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Filing (NEF) on February 8, 2007.

                       */s/ Richard Goldstein*_____
                       Richard Goldstein