UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEOPLES SUPER LIQUOR STORES, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION |
|  | ) NO. 04-12219-PBS |
| EDDIE J. JENKINS, in his capacity as Chairman of the Alcoholic Beverages Control Commission, *et al.*, | ) |
| Defendants | ) |
| MASSACHUSETTS PACKAGE STORE ASSOCIATION, INC., Intervenor-Defendant, and | ) |
| WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS, *et al.*, Intervenor-Defendants. | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties to the above-captioned action stipulate that it be dismissed without prejudice and with each party to bear its own costs and attorneys' fees.

For the Plaintiffs,

PEOPLES SUPER LIQUOR STORES, INC., *et al.*

/s/ Evan T. Lawson (with permission)
Evan T. Lawson (BBO #289280)
Robert J. Roughsedge (BBO #638180)
Michael Williams (BBO #634062)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
(617) 439-4990

For the Defendants,

MARTHA COAKLEY
ATTORNEY GENERAL,

/s/ Pierce O. Cray (with permission)
Pierce O. Cray (BBO #104630)
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2084

| | |
|---|---|
| For the Intervenor-Defendants, | For the Intervenor-Defendant, |
| WINE & SPIRITS WHOLESALERS OF MASSACHUSETTS and MASSACHUSETTS WHOLESALERS OF MALT BEVERAGES, INC., | MASSACHUSETTS PACKAGE STORE ASSOCIATION, INC., |

/s/ Robert S. Frank, Jr.
Robert S. Frank, Jr. (BBO #177240)
Robert M. Buchanan, Jr. (BBO #545910)
Christopher R. Blazejewski (BBO #665258)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02210
(617) 248-5000

/s/ Richard Goldstein (with permission)
Bruce A. Singal (BBO #464420)
Richard Goldstein (BBO #565482)
DONOGHUE, BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 720-5090

Dated: April 30, 2007

4203236_1.DOC